Attachment To Civil Cover Sheet

1(c) Attorneys for Plaintiff

    Christy A.A. Hickman    AT0000518
    Becky S. Knutson    AT0004225
    Katherine E. Schoolen    AT0010031
    IOWA STATE EDUCATION ASSOCIATION
    777 3rd Street
    Des Moines, Iowa 50309
    Phone: (515) 471-8004
    christy.hickman@isea.org
    becky.knutson@isea.org
    katie.schoolen@isea.org