

EXHIBIT A
Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Melissa Crook,<br><br>        Plaintiff,<br><br>v.<br><br>Creston Community School District; Board of Directors of Creston Community School District; Don Gee, in his individual and official capacities as President of the Board of Directors of the Creston Community School District; and Deron Stender, in his individual and official capacities as Superintendent of Creston Community School District.<br><br>        Defendants. | NO. _____<br><br>**DECLARATION OF MELISA CROOK** |

      I, Melisa Crook, declare that the following facts are true and correct to the best of my knowledge and belief:

      1.    I am a High School English Teacher employed by the Creston Community School District (hereinafter "District"). When I was hired on May 18, 2022, the District offered a continuing teaching contract pursuant to Iowa Code Ch. 279. For the duration of my employment with the District, I have also served under an annual extracurricular contract to coach the Peppers, the District's high school dance team. Both contracts are at risk of termination by the current actions of the Defendants.

      2.    I am a lifelong Iowan. I was born in Indianola, educated at Simpson College, and moved to Creston in 1994 to take my first job, as a social worker. I met my husband in Creston, and he is a long-serving professional in our community. Together, we happily raised our two, now adult children in Creston and were active parents in the school community. I worked for the

EXHIBIT A
Page 2 of 6

District as a Mentoring-Success Coordinator from 2008 to 2011 before pursuing my teaching degree and credentials. After working as a teacher in a neighboring school district - East Union Community School District - from 2014 to 2020, I returned to the District.

      3.      I am serving my fourth year in the District and have obtained nonprobationary status pursuant to Iowa Code Sec. 279.19. *See* Crook's 2025-2026 Teaching Contract, Ex. B, Crook's 2025-2026 Extracurricular Contract, Ex. C.

      4.      I have never been disciplined or documented to be lacking in performance by the District.

      5.      Late in the evening on September 10, 2025, while I was in the privacy of my own home and off of work, I wrote a comment on a family member's Facebook post that praised Charlie Kirk. I am not a frequent user of Facebook and am far from knowledgeable about the social media platform. When I made this comment, I was engaged in a purely personal endeavor in my personal time. I utilized my personal Facebook account and personal technology. I did not agree with my family member's praise of Charlie Kirk because of his hateful statements about the LGBTQ+ community, of which another of our family members is a member, and responded, "He is a terrible human being…terrible. I do not wish death on anyone, but he (sic) him not being here is a blessing." This comment was posted in response to my family member's post and was not posted as content on my own Facebook page.

      6.      Early on September 11, 2025, I became aware of the attention my comment received, some of which was negative. I posted an apology and clarification that my comment was not intended to be cruel and that it should not be taken to mean that I condone the killing of Charlie Kirk; I do not. Crook Apologies, Ex. N.



7. I was placed on administrative leave early in the morning of September 11, 2025, and told not to attend dance practice. Later in the day on September 11, 2025, I was called to an investigatory meeting with Superintendent Deron Stender (hereinafter, "Superintendent") regarding the comment I made to my family member's post. The Superintendent asked multiple times about my use of the word "blessing," stating the use of this term was "the crux of the problem." I repeatedly explained that my meaning and intent was not that the killing of Charlie Kirk was a "blessing" or that he was "gone" was a blessing, but that his statements and ideology was extremely harmful to people in my family whom I love dearly, and to my students and colleagues who were also members of the LGBTQ+ community. The "blessing," I explained, was those members of the LGBTQ+ community, my students, friends, and loved ones, may feel some peace if the attacks by Charlie Kirk were to cease.

8. On September 15, 2025, I was called again to meet with the Superintendent. He told me his office had received 111 emails and 140 phone calls. He said, "the vast majority" of those contacts were either "asking for my termination or requesting that their children be removed from my class." My understanding is that many of the comments came from groups and individuals outside of the District and Creston area who were targeting teachers. The Superintendent also said he determined that the post resulted in the need to increase law enforcement at the school buildings "out of fear for our students, staff, and the school's safety." He did not tell me how many of these emails and phone calls were from individuals living within the District's boundaries, or families with children in the District, or with students assigned to my classes. The Superintendent said he had concluded that my post violated Board Policy 401.14 regarding Employee Expression and was "inappropriate and inconsistent with the District's values."



9. Despite having encountered the same challenges with social media, the Superintendent has not acknowledged that my speech may be protected by the First Amendment. In a 2020 post on the social media platform, Twitter (now X), under the handle @Kid_Advocate, the Superintendent reposted a Fox News post reporting, "Biden's lead over Trump narrows slightly to 8 points" and adding his own comment, "Get your boots on. Will be lots of water when the snowflakes melt Tuesday night." Stender Posts, Ex. Q. When students and others took offense to the post, which originated from the same Twitter account the Superintendent used for District-related business, the Superintendent responded, "This is my personal account and reflects my thoughts, view, and opinions." *Id*. Our local newspaper wrote about the incident and the Superintendent apologized, I believe because he was directed to by the Board, on the same account stating, "I apologize if my personal tweets on my personal account have been considered district, they are not. Please follow the official district Twitter @CCSDPanthers to stay informed of district information. Again, apologize for the confusion. Thank you." *Id*. Like me, the Superintendent has used Facebook to comment on others' posts and in one case commented, "Ryan Woods you're simply an idiot! Wish there were other words to describe you but simply an idiot," and "Steve Mick this guy like most liberals lack intellectual capacity and Trump lives rent free in that space." *Id*.. His comments and posts have also addressed controversial topics, even those that have a history of leading to protests. In a repost of an image stating, "Israel doesn't occupy the land. They OWN it - Genesis 15:18-21," and the Superintendent added a praying hands emoji. Stender Posts, Ex. Q, p. 3.

10. Because I was unwilling to resign from my position at the conclusion of the September 15, 2025, meeting, I am now threatened with termination.

11. I fear my termination is motivated not by just cause but by political partisanship and the desire to silence my speech. The Superintendent has been openly antagonistic to positions he considers left-leaning. Don Gee, the President of the Board of Directors of the District (hereinafter "President") has been similarly antagonistic to positions he considers left-leaning and is known for his right-leaning ideology and support of firing critics of Charlie Kirk. In a September 18, 2025, the President posted on Facebook, "Jimmy Kimmel made me laugh for the first time in my life and that's when he got fired. Who's laughing with me." Gee Posts, Ex. R, p. 1. He reposted a post reporting about a student who was expelled from college because of her statements about Charlie Kirk's death, and added his on thought, "Play stupid games win stupid prizes." *Id.*, p. 2-3. He has reposted images comparing the "response to charlie kirk" showing crowds praying together, and engaging in faithful posture with arms raised and crosses in hand, to the "response to george floyd" showing images of looting, fires in the streets, and a person holding Black Lives Matter signs. *Id., p. 45-50*. Other posts show support for Charlie Kirk and his ideology. As an American and a member of our shared Creston community, the President has a right to his own beliefs – as do I.

12. On September 23, 2025, I received a Notice of Recommendation to Terminate my continuing contract with the District, Ex. E; Agenda of Board of Directors of Creston Community School District, Special Session, 09/30/2025, Ex. F.

13. On September 28, 2025, I requested a hearing before the Board of Directors of the Creston Community School District (hereinafter "Board") as I understand I may do to explain to the Board my intent and belief when I made my comment.

14. On September 30, 2025, I attended an open, special meeting of the Board at which Superintendent Stender delivered his recommendation to terminate my continuing

teaching contract to the Board. The Board accepted his recommendation. I was joined at this meeting by many supporters hoping to assist me in retaining my position.

15. The Board continues to move forward and intends to schedule a hearing on October 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025.

*Melisa Crook*

Melisa Crook