# CONTRACT WITH TEACHER

(The term "Teacher" as used in this contract shall mean All Professional Employees)



This Contract, is entered into by and between **Melisa Crook**, a Teacher, and the Board of Directors, hereinafter called the Board, of the Creston Community School District, located at Creston, County of Union, State of Iowa.

In consideration of the salary of **$67,359.15** per school year, said Teacher agrees to well and faithfully perform the duties of Teacher and such other duties connected with the public schools in said district as may be assigned by the Board or its duly authorized representative, such salary payable in **12** equal installments on the 20th day of each calendar month for a period of **12** consecutive months, the first payment to be made on **September 19th, 2025**.

AND IT IS FURTHER AGREED:

(1) That said term shall commence according to the school district calendar as adopted and adjusted by the district, and shall include (190 + 0 Extra Days) days of service, of which 180 days shall be teaching days and 1/ (190 + 0 Extra Days) of the annual salary shall be considered as pay for one day of service.

(2) That an amount equal to the pay for one day of service shall be deducted from the salary of said Teacher for each day of service not performed if absence from duty with pay is not authorized by the board or leave policy in effect.

(3) That if said Teacher is lawfully discharged or is released by mutual agreement before the completion of said term final settlement shall be made so the total amount which the Teacher shall have received shall be an amount equal to the product of the number of days of service multiplied by the amount considered as pay for one day of service.

(4) That the use to be made of the days in said term, which are in excess of the number of teaching days as stated herein, shall be determined by the Board and may be stated in a school calendar adopted by the Board.

(5) That said Teacher shall attend, outside of regular school hours as established by the Board, such professional meetings as might be called by school authorities for coordinating the work of the Teacher in the school program.

(6) That said Teacher shall present the Board Secretary with proof that they are qualified and properly certified to complete his or her teaching assignment and the Teacher shall not accept, and the District shall not be under any obligations to pay, any part of the annual salary until said qualifications and certification are submitted.

(7) That this contract, and any modification or termination thereof, is subject to applicable provisions including Probationary Teacher's Contract provisions.

(8) That this contract shall be invalid if the Teacher is under contract with another Board of Directors in the state of Iowa to teach covering the same period of time.

(9) **This contract is in compliance with the 2025-26 professional contract**. *Please check information carefully to be sure you are on the proper step and education level.*

> Years of Experience: **12**
> Salary: **$49,487.00**
> **Advance Lane   MA $5,072.00
> Base TSS: **$5,250.00**
> HF2612 TSS: **$7,263.00**
> Extra PD Day (*per diem-does not include TSS): **$287.15**
> **Total Salary $67,359.15**
>
> •Extended Days: **0** •Dates to be determined by the administrator.
> Extended days x per diem: **$0.00**
> Total Salary: **$67,359.15**

THIS CONTRACT, shall be without force and effect unless it is in the hands of the board, bearing the signature of said Teacher on or before **June 18th, 2025**.

Date: 05/28/2025

Electronically signed by Melisa Crook from 72.255.75.130 on 05/28/2025 at 10:26 AM

Employee

Date: 05/28/2025

President, *Board of Directors, Creston Community School District*

Contract approval subject to results of Non-Law Enforcement Record Check Request.

*TSS $ is not included in per diem –TSS amount could change depending on the number of FTE. **Pending receipt of transcript verification if new teacher



EXHIBIT B
Page 2 of 2

*Additional Information:*

-Your signature on this contract will serve as proper authorization in the event a paycheck needs to be mailed.

-Employees are required by law to have certain documentation on file to include license, endorsement, training, certification, etc. If an employee has not fulfilled that obligation in a timely manner, the District may place the employee on administrative leave without pay pending receipt of the documentation