



EXHIBIT C
Page 1 of 1

## EXTRACURRICULAR CONTRACT WITH COACH/SPONSOR/COORDINATOR

THIS CONTRACT, is entered into by and between **Melisa Crook** (**Pepper**) and the Board of Directors of the Creston Community School District, (Board), located at Creston, County of Union, State of Iowa.

In consideration of a salary of **$2,919.00** per school year, Coach agrees to perform the duties of **Pepper** Coach and such other duties as may be assigned by the Board or its duly authorized representative, such salary payable in **12** equal installments payable on the 20th day of each calendar month for a period of **12** consecutive months, the first payment to be made on **September 19th, 2025**.

AND IT IS FURTHER AGREED:
1. **Activity Director/Administrator will provide specific dates** and shall include days of service and such other time as may be assigned to coach post-season tournaments or other related duties. The work to be performed and the use to be made of the days in the term shall be determined by the Board or its designee.
2. That an amount equal to the pay for one day of service shall be deducted from the salary of the Coach for each day of service not performed if absence from duty with pay is not authorized by the Board or the leave policy in effect.
3. That if the Coach is discharged or is released by mutual agreement before the completion of the term final settlement shall be made so the total amount which the Coach shall have received shall be an amount equal to the product of the number of days of service multiplied by the amount considered as pay for one day of service.
4. That the Coach shall attend, outside of regular school hours as established by the Board, such professional meetings as might be called by school authorities for coordinating the work of the Coach in the school program.
5. That the Coach shall present a certificate with coaching endorsement, or an authorization, to the secretary of the Board of Directors of the school district before accepting payment of any part of the annual salary.
6. That this contract shall be invalid if the Coach is under contract with another Board of Directors in the State of Iowa to coach covering the same period of time.
7. This contract is in compliance with the **2025-2026** professional contract.

THIS CONTRACT shall be without force and effect unless it is in the hands of the Board bearing the signature of the Coach on or before **June 18th, 2025**.

Date: **05/28/2025**
Electronically signed by Melisa Crook from 72.255.75.130 on 05/28/2025 at 10:26 AM
**Pepper**

Date: **05/28/2025**

President, *Board of Directors, Creston Community School District*

-Employees are required by law to have certain documentation on file to include license, endorsement, training, certification, etc. If an employee has not fulfilled that obligation in a timely manner, the District may place the employee on administrative leave **without pay** pending receipt of the documentation.
-Your signature on this contract will serve as proper authorization in the event a paycheck needs to be mailed.