

search



# CRESTON COMMUNITY SCHOOLS

HOME

BOARD POLICIES

BOARD MEETING AGENDAS

BOARD MEETING MINUTES

BOARD MEMBERS

PROPERTY TAX LEVIES

RETURN TO LEARN

Home » BOARD POLICIES » 400 - EMPLOYEES

## 404 - Employee Conduct and Appearance

Employees are role models for the students who come in contact with them during and after school hours. The board recognizes the positive effect employees can have on students in this capacity. To this end, the board strongly suggests and encourages employees to dress themselves, groom themselves and conduct themselves in a manner appropriate to the educational environment.

Employees will conduct themselves in a professional manner. Employees will dress in attire appropriate for their position. Clothing should be neat, clean, and in good taste. Discretion and common sense call for an avoidance of extremes which would interfere with or have an effect on the educational process.

Licensed employees of the school district, including administrators, will follow the code of ethics for their profession as established by the Iowa Board of Educational Examiners.

Legal Reference:
Iowa Code § 279.8
282 I.A.C. 13.25, .26.

Cross Reference:
104   Anti-Bullying/Harassment
305   Administrator Code of Ethics
401.11   Employee Orientation
403.5   Substance-Free Workplace




| 407 | Licensed Employee Termination of Employment |
| 413 | Classified Employee Termination of Employment |

Approved May 16, 2022   Reviewed            Revised

 

404.1R1 - Code of Professional Conduct and Ethics Regulation

404.1R1 - Code of Professional Conduct and Ethics Regulation

404.1R2 - Code of Rights and Responsibilities Regulation

‹ 403.6E3 - Drug & Alcohol Program and Pre-Employment Testing Written Consent to Share Information     Up     404.1R1 - Code of Professional Conduct and Ethics Regulation ›

Printer-friendly version

## Tools

Sitemap

Log in

## Policy & Meeting Navigation

- BOARD MEETING AGENDAS
- BOARD MEETING MINUTES
- BOARD POLICIES
  - 100 - SCHOOL DISTRICT
  - 200 - LEGAL STATUS OF THE SCHOOL DISTRICT
  - 300 - SCHOOL DISTRICT ADMINISTRATION
  - 400 - EMPLOYEES
    - 400 - Role of and Guiding Principles for Employees
    - 401 - Employees and Internal Relations
    - 402 - Employees and Outside Relations
    - 403 - Employees' Health and Well-Being
    - 404 - Employee Conduct and Appearance
      - 404.1R1 - Code of Professional Conduct and Ethics Regulation
      - 404.1R1 - Code of Professional Conduct and Ethics Regulation
      - 404.1R2 - Code of Rights and Responsibilities Regulation
    - 405 - Licensed Employees General
    - 406 - Licensed Employee Compensation and Benefits

- 407 - Licensed Employee Termination of Employment
- 408 - Licensed Employee Professional Growth
- 409 - Employee Vacations and Leaves of Absence
- 410 - Other Licensed Employee
- 411 - Classified Employees - General
- 412 - Classified Employee Compensation and Benefits
- 413 - Classified Employee Termination of Employment
- 414 - Classified Employee Professional Purpose Leave

- **500 - STUDENTS**
- **600 - EDUCATION PROGRAM**
- **700 - NON-INSTRUCTIONAL OPERATIONS & BUSINESS SERVICES**
- **800 - BUILDING & SITES**
- **900 - SCHOOL DISTRICT & COMMUNITY RELATIONS**

**Creston Community Schools**

801 N Elm St., Creston, IA 50801
Phone 641-782-7028 | Fax 641-782-7020

www.crestonschools.org

**Translate**

English



 CRESTON COMMUNITY SCHOOLS

HOME                                             BOARD POLICIES

BOARD MEETING AGENDAS              BOARD MEETING MINUTES

BOARD MEMBERS                         PROPERTY TAX LEVIES

RETURN TO LEARN

Home » BOARD POLICIES » 400 - EMPLOYEES » 401 - Employees and Internal Relations

## 401.14 - Employee Expression

**The board believes the district has an interest in maintaining an orderly and effective work environment while balancing employees First Amendment rights to freedom of expression and diverse viewpoints and beliefs.  When employees speak within their official capacity, their expression represents the district and may be regulated.  The First Amendment protects a public employee's speech when the employee is speaking as an individual citizen on a matter of public concern.  Even so, employee expression that has an adverse impact on district operations and/or negatively impacts an employee's ability to perform their job for the district may still result in disciplinary action up to and including termination.**

**Employees will comply with Iowa law to the extent that compliance does not infringe on employees' free speech rights.**

**Employees who use social media platforms are encouraged to remember that the school community may not be able to separate employees as private citizens, from their role within the district.  Employee expression on social media platforms that interferes with the district's operations or prevents the district from functioning efficiently and effectively may be subject to discipline up to and including termination.**

**A district employee who acts to protect a student for engaging in free expression or who refuses to infringe on students engaging in free expression; and who is acting within the scope of their professional ethics will not be retaliated against or face any adverse employment action based on their behavior provided that expression is otherwise permitted by law and board policy.**

**If the board or court finds an employee that is subject to licensure, certification or authorization by the Board of Educational Examiners discriminated against a student or other co-employee, the board will refer the employee to the Board of Educational Examiners for additional proceedings as**

EXHIBIT D
Page 4 of 16

EXHIBIT
D
Page 5 of 16

required by law and which may result in discipline up to and including termination.

**NOTE:** This is a mandatory policy required by Iowa Code 279.73.

Legal Reference: U.S. Const. Amend. I

Kennedy v. Bremerton School District, 597 U.S. ___ (2022)

Iowa Code §§ 279.73; .74; 280.22

Cross Reference: 502.3 Student Expression

504.3 Student Publications

| Approved May 16, 2022 | Reviewed | Revised Nov. 21, 2022 |

‹ 401.12R1 - Employee Use of Cell Phones Regulation         Up         402 - Employees and Outside Relations ›

Printer-friendly version

## Tools

Sitemap

Log in

## Policy & Meeting Navigation

- BOARD MEETING AGENDAS
- BOARD MEETING MINUTES
- BOARD POLICIES
    - 100 - SCHOOL DISTRICT
    - 200 - LEGAL STATUS OF THE SCHOOL DISTRICT
    - 300 - SCHOOL DISTRICT ADMINISTRATION
    - 400 - EMPLOYEES
        - 400 - Role of and Guiding Principles for Employees
        - 401 - Employees and Internal Relations
            - 401.1 - Equal Employment Opportunity
            - 401.2 - Employee Conflict of Interest
            - 401.3 - Nepotism

- 401.4 - Employee Complaints
- 401.5 - Employee Records
- 401.6 - Limitations to Employment References
- 401.7 - Employee Travel Compensation
- 401.8 - Recognition for Service of Employees
- 401.9 - Employee Political Activity
- 401.11 - Employee Orientation
- 401.12 - Employee Use of Cell Phones
- 401.14 - Employee Expression

- 402 - Employees and Outside Relations
- 403 - Employees' Health and Well-Being
- 404 - Employee Conduct and Appearance
- 405 - Licensed Employees General
- 406 - Licensed Employee Compensation and Benefits
- 407 - Licensed Employee Termination of Employment
- 408 - Licensed Employee Professional Growth
- 409 - Employee Vacations and Leaves of Absence
- 410 - Other Licensed Employee
- 411 - Classified Employees - General
- 412 - Classified Employee Compensation and Benefits
- 413 - Classified Employee Termination of Employment
- 414 - Classified Employee Professional Purpose Leave

- 500 - STUDENTS
- 600 - EDUCATION PROGRAM
- 700 - NON-INSTRUCTIONAL OPERATIONS & BUSINESS SERVICES
- 800 - BUILDING & SITES
- 900 - SCHOOL DISTRICT & COMMUNITY RELATIONS

**Creston Community Schools**

801 N Elm St., Creston, IA 50801
Phone 641-782-7028 | Fax 641-782-7020

www.crestonschools.org

**Translate**

English



search



# CRESTON COMMUNITY SCHOOLS

HOME        BOARD POLICIES

BOARD MEETING AGENDAS        BOARD MEETING MINUTES

BOARD MEMBERS        PROPERTY TAX LEVIES

RETURN TO LEARN

Home » BOARD POLICIES » 400 - EMPLOYEES » 404 - Employee Conduct and Appearance

## 404.1R1 - Code of Professional Conduct and Ethics Regulation

CHAPTER 25

282—25.1(272) Scope of standards. This code of professional conduct and ethics constitutes mandatory minimum standards of practice for all licensed practitioners as defined in Iowa Code chapter 272. The adherence to certain professional and ethical standards is essential to maintaining the integrity of the education profession.

282—25.2(272) Definitions. Except where otherwise specifically defined by law:
"Administrative and supervisory personnel" means any licensed employee such as superintendent, associate superintendent, assistant superintendent, principal, associate principal, assistant principal, or other person who does not have as a primary duty the instruction of pupils in the schools.
"Board" means the Iowa board of educational examiners.
"Discipline" means the process of sanctioning a license, certificate or authorization issued by the board.
"Ethics" means a set of principles governing the conduct of all persons governed by these rules.
"Fraud" means knowingly providing false information or representations on an application for licensure or employment, or knowingly providing false information or representations made in connection with the discharge of duties.
"License" means any license, certificate, or authorization granted by the board.
"Licensee" means any person holding a license, certificate, or authorization granted by the board.
"Practitioner" means an administrator, teacher, or other licensed professional, including an individual who holds a statement of professional recognition, who provides educational assistance to students.
"Responsibility" means a duty for which a person is accountable by virtue of licensure.
"Right" means a power, privilege, or immunity secured to a person by law.
"Student" means a person, regardless of age, enrolled in a prekindergarten through grade 12 school, who is receiving direct or indirect assistance from a person licensed by the board.
"Teacher" means any person engaged in the instructional program for prekindergarten through grade 12

children, including a person engaged in teaching, administration, and supervision, and who is required by law to be licensed for the position held.
[ARC 7979B, IAB 7/29/09, effective 9/2/09]

282—25.3(272) Standards of professional conduct and ethics. Licensees are required to abide by all federal, state, and local laws applicable to the fulfillment of professional obligations. Violation of federal, state, or local laws in the fulfillment of professional obligations constitutes unprofessional and unethical conduct which can result in disciplinary action by the board. In addition, it is hereby deemed unprofessional and unethical for any licensee to violate any of the following standards of professional conduct and ethics:
25.3(1) Standard I—conviction of crimes, sexual or other immoral conduct with or toward a student, and child and dependent adult abuse. Violation of this standard includes:
Fraud. Fraud means the same as defined in rule 282—25.2(272).
Criminal convictions. The commission of or conviction for a criminal offense as defined by Iowa law provided that the offense is relevant to or affects teaching or administrative performance.

Disqualifying criminal convictions. The board shall deny an application for licensure and shall revoke a previously issued license if the applicant or licensee has, on or after July 1, 2002, been convicted of, has pled guilty to, or has been found guilty of the following criminal offenses, regardless of whether the judgment of conviction or sentence was deferred:
Any of the following forcible felonies included in Iowa Code section 702.11: child endangerment, assault, murder, sexual abuse, or kidnapping;
Any of the following criminal sexual offenses, as provided in Iowa Code chapter 709, involving a child:
First-, second- or third-degree sexual abuse committed on or with a person who is under the age of 18;
Lascivious acts with a child;
Assault with intent to commit sexual abuse;
Indecent contact with a child;
Sexual exploitation by a counselor;
Lascivious conduct with a minor;
Sexual exploitation by a school employee;
Enticing a minor under Iowa Code section 710.10; or
Human trafficking under Iowa Code section 710A.2;
Incest involving a child as prohibited by Iowa Code section 726.2;
Dissemination and exhibition of obscene material to minors as prohibited by Iowa Code section 728.2;
Telephone dissemination of obscene material to minors as prohibited by Iowa Code section 728.15;
Any offense specified in the laws of another jurisdiction, or any offense that may be prosecuted in a federal, military, or foreign court, that is comparable to an offense listed in subparagraph 25.3(1)"b"(1); or
Any offense under prior laws of this state or another jurisdiction, or any offense under prior law that was prosecuted in a federal, military, or foreign court, that is comparable to an offense listed in subparagraph 25.3(1)"b"(1).
Other criminal convictions and founded child abuse. In determining whether a person should be denied a license or whether a licensee should be disciplined based upon any other criminal conviction, including a conviction for an offense listed in 25.3(1)"b"(1) which occurred before July 1, 2002, or a founded report of abuse of a child, the board shall consider:
The nature and seriousness of the crime or founded abuse in relation to the position sought;
The time elapsed since the crime or founded abuse was committed;
The degree of rehabilitation which has taken place since the crime or founded abuse was committed;
The likelihood that the person will commit the same crime or abuse again;
The number of criminal convictions or founded abuses committed; and
Such additional factors as may in a particular case demonstrate mitigating circumstances or heightened risk to public safety.
Sexual involvement or indecent contact with a student. Sexual involvement includes, but is not limited to, the following acts, whether consensual or nonconsensual: fondling or touching the inner thigh, groin, buttocks, anus or breasts of a student; permitting or causing to fondle or touch the practitioner's inner

**EXHIBIT D**
Page 8 of 16

10/3/25, 1:10 PM  Case 4:25-cv-00373-RGE-HCA   Document 1-6   Filed 10/07/25   Page 9 of 16
4041r1 - Code of Professional Conduct and Ethics Regulation | Policy Services

EXHIBIT D
Page 9 of 16

thigh, groin, buttocks, anus, or breasts; or the commission of any sex act as defined in Iowa Code section 702.17.

Sexual exploitation of a minor. The commission of or any conviction for an offense prohibited by Iowa Code section 728.12, Iowa Code chapter 709 or 18 U.S.C. Section 2252A(a)(5)(B).

Student abuse. Licensees shall maintain professional relationships with all students, both inside and outside the classroom. The following acts or behavior constitutes unethical conduct without regard to the existence of a criminal charge or conviction:

Committing any act of physical abuse of a student;
Committing any act of dependent adult abuse on a dependent adult student;
Committing or soliciting any sexual or otherwise indecent act with a student or any minor;
Soliciting, encouraging, or consummating a romantic or otherwise inappropriate relationship with a student;
Furnishing alcohol or illegal or unauthorized drugs or drug paraphernalia to any student or knowingly allowing a student to consume alcohol or illegal or unauthorized drugs in the presence of the licensee;
Failing to report any suspected act of child or dependent adult abuse as required by state law; or
Committing or soliciting any sexual conduct as defined in Iowa Code section 709.15(3)"b" or soliciting, encouraging, or consummating a romantic relationship with any person who was a student within 90 days prior to any conduct alleged in the complaint, if that person was taught by the practitioner or was supervised by the practitioner in any school activity when that person was a student.

25.3(2) Standard II—alcohol or drug abuse. Violation of this standard includes:

Being on school premises or at a school-sponsored activity involving students while under the influence of, possessing, using, or consuming illegal or unauthorized drugs or abusing legal drugs.
Being on school premises or at a school-sponsored activity involving students while under the influence of, possessing, using, or consuming alcohol.

25.3(3) Standard III—misrepresentation, falsification of information. Violation of this standard includes:

Falsifying or deliberately misrepresenting or omitting material information regarding professional qualifications, criminal history, college credit, staff development credit, degrees, academic award, or employment history when applying for employment or licensure.
Falsifying or deliberately misrepresenting or omitting material information regarding compliance reports submitted to federal, state, and other governmental agencies.
Falsifying or deliberately misrepresenting or omitting material information submitted in the course of an official inquiry or investigation.
Falsifying any records or information submitted to the board in compliance with the license renewal requirements imposed under 282—Chapter 20.
Falsifying or deliberately misrepresenting or omitting material information regarding the evaluation of students or personnel, including improper administration of any standardized tests, including, but not limited to, changing test answers, providing test answers, copying or teaching identified test items, or using inappropriate accommodations or modifications for such tests.

25.3(4) Standard IV—misuse of public funds and property. Violation of this standard includes:

Failing to account properly for funds collected that were entrusted to the practitioner in an educational context.
Converting public property or funds to the personal use of the practitioner.
Submitting fraudulent requests for reimbursement of expenses or for pay.
Combining public or school-related funds with personal funds.
Failing to use time or funds granted for the purpose for which they were intended.

25.3(5) Standard V—violations of contractual obligations.

Violation of this standard includes:

Asking a practitioner to sign a written professional employment contract before the practitioner has been unconditionally released from a current contract, unless the practitioner provided notice to the practitioner's employing board as set forth in subparagraph 25.3(5)"b"(2).
Abandoning a written professional employment contract without prior unconditional release by the employer.



As an employer, executing a written professional employment contract with a practitioner which requires the performance of duties that the practitioner is not legally qualified to perform.

As a practitioner, executing a written professional employment contract which requires the performance of duties that the practitioner is not legally qualified to perform.

In addressing complaints based upon contractual obligations, the board shall consider factors beyond the practitioner's control. For purposes of enforcement of this standard, a practitioner will not be found to have abandoned an existing contract if:

The practitioner obtained a release from the employing board before discontinuing services under the contract; or

The practitioner provided notice to the employing board no later than the latest of the following dates:

The practitioner's last work day of the school year;

The date set for return of the contract as specified in statute; or

June 30.

25.3(6) Standard VI—unethical practice toward other members of the profession, parents, students, and the community. Violation of this standard includes:

Denying the student, without just cause, access to varying points of view.

Deliberately suppressing or distorting subject matter for which the educator bears responsibility.

Failing to make reasonable effort to protect the health and safety of the student or creating conditions harmful to student learning.

Conducting professional business in such a way that the practitioner repeatedly exposes students or other practitioners to unnecessary embarrassment or disparagement.

Engaging in any act of illegal discrimination, or otherwise denying a student or practitioner participation in the benefits of any program on the grounds of race, creed, color, religion, age, sex, sexual orientation, gender identity, disability, marital status, or national origin.

Soliciting students or parents of students to purchase equipment, supplies, or services from the practitioner for the practitioner's personal advantage.

Accepting gifts from vendors or potential vendors where there may be the appearance of or an actual conflict of interest.

Intentionally disclosing confidential information including, but not limited to, unauthorized sharing of information concerning student academic or disciplinary records, health and medical information, assessment or testing results, or family income. Licensees shall comply with state and federal laws and local school board policies relating to the confidentiality of student records, unless disclosure is required or permitted by law.

Refusing to participate in a professional inquiry when requested by the board.

Aiding, assisting, or abetting an unlicensed person in the completion of acts for which licensure is required.

Failing to self-report to the board within 60 days any founded child abuse report, or any conviction for a criminal offense listed in 25.3(1)"b"(1) which requires revocation of the practitioner's license.

Delegating tasks to unqualified personnel.

Failing to comply with federal, state, and local laws applicable to the fulfillment of professional obligations.

Allowing another person to use one's practitioner license for any purpose.

Performing services beyond the authorized scope of practice for which the individual is licensed or prepared or performing services without holding a valid license.

Falsifying, forging, or altering a license issued by the board.

Failure of the practitioner holding a contract under Iowa Code section 279.13 to disclose to the school official responsible for determining assignments a teaching assignment for which the practitioner is not properly licensed.

Failure of a school official responsible for assigning licensed practitioners holding contracts under Iowa Code section 279.13 to adjust an assignment if the practitioner discloses to the official that the practitioner is not properly licensed for an assignment.

25.3(7) Standard VII—compliance with state law governing obligations to state or local governments, child support obligations, and board orders. Violation of this standard includes:

Failing to comply with 282—Chapter 8 concerning payment of debts to state or local governments.
Failing to comply with 282—Chapter 10 concerning child support obligations.
Failing to comply with a board order.
25.3(8) Standard VIII—incompetence. Violation of this standard includes, but is not limited to:
Willfully or repeatedly departing from or failing to conform to the minimum standards of acceptable and prevailing educational practice in the state of Iowa.
Willfully or repeatedly failing to practice with reasonable skill and safety.

‹ 404 - Employee Conduct and Appearance     Up     404.1R1 - Code of Professional Conduct and Ethics Regulation ›

Printer-friendly version

## Tools

Sitemap

Log in

## Policy & Meeting Navigation

- BOARD MEETING AGENDAS
- BOARD MEETING MINUTES
- BOARD POLICIES
  - 100 - SCHOOL DISTRICT
  - 200 - LEGAL STATUS OF THE SCHOOL DISTRICT
  - 300 - SCHOOL DISTRICT ADMINISTRATION
  - 400 - EMPLOYEES
    - 400 - Role of and Guiding Principles for Employees
    - 401 - Employees and Internal Relations
    - 402 - Employees and Outside Relations
    - 403 - Employees' Health and Well-Being
    - 404 - Employee Conduct and Appearance
      - 404.1R1 - Code of Professional Conduct and Ethics Regulation
      - 404.1R1 - Code of Professional Conduct and Ethics Regulation
      - 404.1R2 - Code of Rights and Responsibilities Regulation
    - 405 - Licensed Employees General
    - 406 - Licensed Employee Compensation and Benefits
    - 407 - Licensed Employee Termination of Employment
    - 408 - Licensed Employee Professional Growth
    - 409 - Employee Vacations and Leaves of Absence



- 410 - Other Licensed Employee
- 411 - Classified Employees - General
- 412 - Classified Employee Compensation and Benefits
- 413 - Classified Employee Termination of Employment
  - 414 - Classified Employee Professional Purpose Leave
- 500 - STUDENTS
- 600 - EDUCATION PROGRAM
- 700 - NON-INSTRUCTIONAL OPERATIONS & BUSINESS SERVICES
- 800 - BUILDING & SITES
- 900 - SCHOOL DISTRICT & COMMUNITY RELATIONS

**Creston Community Schools**

801 N Elm St., Creston, IA 50801
Phone 641-782-7028 | Fax 641-782-7020

www.crestonschools.org

**Translate**

English



 CRESTON COMMUNITY SCHOOLS

HOME

BOARD POLICIES

BOARD MEETING AGENDAS

BOARD MEETING MINUTES

BOARD MEMBERS

PROPERTY TAX LEVIES

RETURN TO LEARN

Home » BOARD POLICIES » 400 - EMPLOYEES » 404 - Employee Conduct and Appearance

# 404.1R2 - Code of Rights and Responsibilities Regulation

CHAPTER 26

**282—26.1 (272) Purpose.** The code of professional conduct and ethics in 282—Chapter 25 defines unprofessional and unethical conduct justifying disciplinary sanction. The board acknowledges that the discharge of professional obligations should occur in recognition of certain fundamental rights and responsibilities. Accordingly, the board recognizes the following rights and responsibilities of all educators licensed under IOWA CODE chapter 272 and agrees that the exercise of these rights and responsibilities may present mitigating facts and circumstances in the board's evaluation of allegations of unprofessional or unethical conduct.

**282—26.2 (272) Rights.** Educators licensed under IOWA CODE chapter 272 have the following rights:

1. The educator has a right to be licensed and endorsed under professional standards established and enforced by the board.
2. The educator has a right to refuse assignments for which the educator is not legally authorized, in terms of holding a valid Iowa license with the appropriate endorsement(s) or approval(s).
3. The educator has a right, subject to board and administrator authority, to exercise professional judgment in the evaluation, selection, and use of teaching methods and instructional materials appropriate to the needs, abilities, and background of each student.

**282—26.3 (272) Responsibilities.** Educators licensed under IOWA CODE chapter 272 have the following responsibilities:

1. The educator has a responsibility to maintain and improve the educator's professional competence.

2. The educator has a responsibility to accept only those assignments for which the educator is legally authorized.
3. The educator has a responsibility to provide conditions that are conducive to teaching and student learning.
4. The educator shall protect students from conditions harmful to learning or to health or safety.
5. The educator shall not, without just cause, restrain a student from independent action in the pursuit of learning and shall not, without just cause, deny a student access to varying points of view.
6. The educator shall not use professional relationships with students for personal advantage.
7. The educator shall not discriminate against any student on the grounds of race, color, religion, age, sex, sexual orientation, gender identity, disability, marital status, or national origin.
8. The educator shall accord just and equitable treatment to all members of the profession.
9. The educator shall keep in confidence personally identifiable information regarding a student or the student's family members that has been obtained in the course of professional service, unless disclosure is required by law or is necessary for the personal safety of the student or others.
10. The educator who has reasonable basis to believe that a student has been abused, as defined by law, shall make all reports required by law and the Iowa Administrative Code and which are necessary to ensure the safety and well-being of the student.
11. In the administration of discipline, the educator shall treat all students with respect and in compliance with all policies of the school district served by the educator.
12. The educator shall provide accurate, truthful, and complete information to the board and to the local education system concerning all licensure transactions.
13. The educator shall not refuse to participate in a professional inquiry, when requested by the board.
14. The educator shall not require or direct another educator to violate any provisions of the code of professional conduct and ethics or any rights of a student, parent, educator or citizen.
15. The educator shall not delegate assigned tasks to unqualified personnel.

‹ 404.1R1 - Code of Professional Conduct and Ethics Regulation          Up          405 - Licensed Employees General ›

Printer-friendly version

## Tools

Sitemap

Log in

## Policy & Meeting Navigation

- BOARD MEETING AGENDAS
- BOARD MEETING MINUTES
- BOARD POLICIES
  - 100 - SCHOOL DISTRICT
  - 200 - LEGAL STATUS OF THE SCHOOL DISTRICT
  - 300 - SCHOOL DISTRICT ADMINISTRATION
  - 400 - EMPLOYEES

- 400 - Role of and Guiding Principles for Employees
- 401 - Employees and Internal Relations
- 402 - Employees and Outside Relations
- 403 - Employees' Health and Well-Being
- 404 - Employee Conduct and Appearance
  - 404.1R1 - Code of Professional Conduct and Ethics Regulation
  - 404.1R1 - Code of Professional Conduct and Ethics Regulation
  - 404.1R2 - Code of Rights and Responsibilities Regulation
- 405 - Licensed Employees General
- 406 - Licensed Employee Compensation and Benefits
- 407 - Licensed Employee Termination of Employment
- 408 - Licensed Employee Professional Growth
- 409 - Employee Vacations and Leaves of Absence
- 410 - Other Licensed Employee
- 411 - Classified Employees - General
- 412 - Classified Employee Compensation and Benefits
- 413 - Classified Employee Termination of Employment
  - 414 - Classified Employee Professional Purpose Leave
- 500 - STUDENTS
- 600 - EDUCATION PROGRAM
- 700 - NON-INSTRUCTIONAL OPERATIONS & BUSINESS SERVICES
- 800 - BUILDING & SITES
- 900 - SCHOOL DISTRICT & COMMUNITY RELATIONS

**Creston Community Schools**

801 N Elm St., Creston, IA 50801
Phone 641-782-7028 | Fax 641-782-7020

www.crestonschools.org

**Translate**

English

# 302.4 - Superintendent Duties

302.4 - Superintendent Duties

The board employs a superintendent of schools to serve as the chief executive officer of the board. The board delegates to the superintendent the authority to implement board policy and to execute decisions made by the board concerning the internal operations of the school district, unless specifically stated otherwise.

The superintendent is responsible for the implementation and execution of board policy and the observance of board policy by employees and students. The superintendent is responsible for overall supervision and discipline of employees and the education program.

In executing the above-stated duties, the superintendent will consider the financial situation of the school district as well as the needs of the students. Specifically, the superintendent:

- · Interprets and implements all board policies and all state and federal laws relevant to education;
- · Supervises, either directly or through delegation, all activities of the school system according to, and consistent with, the policies of the board;
- · Represents the board as a liaison between the school district and the community;
- · Establishes and maintains a program of public relations to keep the public well-informed of the activities and needs of the school district, effecting a wholesome and cooperative working relationship between the school district and the community;
- · Attends and participates in all meetings of the board, except when the superintendent has been excused, and makes recommendations affecting the school district;
- · Reports to the board on such matters as deemed material to the understanding and proper management of the school district or as the board may request;
- · Assumes responsibility for the overall financial planning of the district and for the preparation of the annual budget, and submits it to the board for review and approval;
- · Establishes and maintains efficient procedures and effective controls for all expenditures of school district funds in accordance with the adopted budget, subject to the direction and approval of the board;
- · Files, or causes to be filed, all reports required by law;
- · Makes recommendations to the board for the selection of employees for the school district;
- · Makes and records assignments and transfers of all employees pursuant to their qualifications;
- · Employs such employees as may be necessary, within the limits of budgetary provisions and subject to the board's approval;
- · Recommends to the board, for final action, the promotion, salary change, demotion, or dismissal of any employee;
- · Prescribes rules for the classification and advancement of students, and for the transfer of students from one building to another in accordance with board policies;
- · Summons employees of the school district to attend such regular and occasional meetings as are necessary to carry out the education program of the school district;
- · Supervises methods of teaching, supervision, and administration in effect in the schools;
- · Attends such conventions and conferences as are necessary to keep informed of the latest educational trends;
- · Accepts responsibility for the general efficiency of the school system, for the development of the employees, and for the educational growth and welfare of the students;
- · Defines educational needs and formulates policies and plans for recommendation to the board;
- · Makes administrative decisions necessary for the proper functioning of the school district;
- · Responsible for scheduling the use of buildings and grounds by all groups and/or organizations;
- · Acts as the purchasing agent for the board, and establishes procedures for the purchase of books, materials and supplies;
- · Approves vacation schedules for employees;
- · Conducts periodic district administration meetings;
- · Performs other duties as may be assigned by the board.
- · Supervises the establishment or modification of the boundaries of school attendance and transportation areas subject to approval of the board; and
- · Directs studies of buildings and sites, taking into consideration population trends and the educational and cultural needs of the district in order to ensure timely decisions by the board and the electorate regarding construction and renovation projects.

This list of duties will not act to limit the board's authority and responsibility over the superintendent. In executing these duties and others the board may delegate, the superintendent will consider the school district's financial condition as well as the needs of the students in the school district.


Legal Reference:
  Iowa Code §§ 279.8, .20, 23A.
  281 I.A.C. 12.4(4).

Cross Reference:
  209   Board of Directors' Management Procedures
  301   Administrative Structure
  302   Superintendent

Approved April 18, 2022      Reviewed              Revised             Code No.  302.4


Jen@iowaschool… Wed, 05/11/2022 - 20:32