

## NOTICE OF RECOMMENDATION TO TERMINATE CONTRACT

TO:    Melisa Crook

YOU ARE HEREBY NOTIFIED that the Superintendent of the Creston Community School District will recommend in writing to the Board of Directors at a regular or special meeting held not more than fifteen days after this notification is given to you that your employment contract be terminated effective immediately following a decision of the Board.  The contract to be terminated is the teaching contract between you and the Board regarding services rendered or to be rendered for the current school year.  Termination of said contract also constitutes automatic termination of any extracurricular contracts in effect between you and the Board.

THIS NOTICE IS GIVEN pursuant to the provisions of Iowa Code Sections 279.27 and 279.15(2).  The recommendation to terminate your contract is being made for the following reasons, any one of which constitutes just cause:

1. On or about September 10, 2025, you made a social media post stating the following regarding the murder of Charlie Kirk, "He is a terrible human being…terrible.  I do not wish death on anyone, but he [sic] him not being here is a blessing."
2. Your post was publicly available and generated hundreds of complaints, including many requests from parents for you not to be their children's teacher, and resulted in threats to safety of students and staff, causing a significant and adverse impact on District operations and the educational process.
3. You failed to accept accountability for the disruptive effect that your post had on the District.
4. You engaged in conduct in violation of Board policy, including but not limited to Policies 401.14, 404, 404.1R1, and 404.1R2.
5. You engaged in conduct which directly or indirectly significantly and adversely affects your ability to effectively perform your job functions for the District.
6. You engaged in conduct which directly or indirectly significantly and adversely affects your ability to be a positive role model for students in the District.
7. You engaged in conduct which directly or indirectly significantly and adversely affects your ability to maintain trust and respect of parents in the District.
8. You engaged in conduct which directly or indirectly significantly and adversely affects confidence in your judgment and fitness to serve as a teacher in the District.
9. You engaged in conduct which is inconsistent with the commonly expected standards of professional conduct applicable to teachers in the District.

You are advised that within five (5) days of receipt of this written Notice, you may request, in writing to the Board Secretary, a private hearing with the Board.  If you timely request a private hearing, you will be notified of the date, time, and location of the hearing, and you will also be provided a listing of documents which may be presented to the Board at the hearing and names of persons who may address the Board in support of the Superintendent's recommendation.  If you do not timely request a private hearing, the Board may proceed and make a determination upon the Superintendent's recommendation.

This Notice is dated at Creston, Iowa, this 23rd day of September, 2025.

CRESTON COMMUNITY SCHOOL DISTRICT

By _____
Deron Stender, Superintendent