



# CRESTON COMMUNITY SCHOOLS

HOME

BOARD POLICIES

BOARD MEETING AGENDAS

BOARD MEETING MINUTES

BOARD MEMBERS

PROPERTY TAX LEVIES

RETURN TO LEARN

Home » BOARD MEETING AGENDAS » 2025-26 BOARD AGENDAS

## Board Agenda-2025.09.30 Special Board meeting

### CRESTON COMMUNITY SCHOOL DISTRICT

**Board of Directors Special Board Meeting**

**September 30, 2025 – Meeting 5:30 p.m.**

**AEA boardroom at 257 Swan St, Creston**

*The vision of the Creston Community School District is to provide the foundation for students to become lifelong learners and positive, confident, and compassionate citizens.*

Per Iowa Code Section 21.4(1)(b) the school board shall meet and conduct the regular board meeting electronically when it is impossible or impractical. Please call this toll-free number, 1-435-915-6333, to access the board meeting and participate in the public hearing. Please click on this link or visit this address https://meet.google.com/umr-gwum-vnv to access the board meeting.

1. Board meetings are recorded and available to the public on the district website for one month.

2. Thank you for your cooperation and understanding. If you have any questions, please contact Board Secretary Billie Jo Greene at 641-782-7028 bgreene@crestonschools.org



[Join by phone](#)

Or dial: (US) +1 435-915-6333 PIN: 301 934 010#

# Agenda

1. Call to Order by _____  Time: _____

    The President will call the meeting to order using the gavel if necessary. The President will request those with communication devices to either turn them off or place them on silent mode. This may be a good time to introduce any special guests. Meeting agendas are available for the public at the table at the side of the room. Meeting agendas, materials, and minutes are also available on the district web page.

    The president will ask the members and audience to face the flag for the Pledge of Allegiance.

| Don Gee<br><br>Board President | Dr. Amanda Mohr,<br><br>Vice President | Galen Zumbach | | Dr. Brad James |
|---|---|---|---|---|
| Sharon Snodgrass | Deron Stender,<br><br>Superintendent | Billie Jo Greene,<br><br>School Business Official | | Bill Messerole,<br><br>High School Principal |
| Scott Driskell. AP/Activities Director | Lesa Downing 5-8 Principal | Callie Anderson, PK-4 Principal | | |

2. **Approval of Agenda**

    *Motion by: \_\_\_\_\_, Seconded by: _____, Those Voting: \_\_\_\_ Aye, \_\_\_\_ Nay*

3. **New Business**

    A. **Mr. Stender presents a sealed recommendation regarding the termination of the employment contract to the board president.**



B. **The board president should entertain a motion to receive the recommendation regarding the termination of the employment contract and file it with the board secretary.**

   **RECOMMENDATION: The board president should entertain a motion to receive the recommendation regarding the termination of the employment contract and file it with the board secretary.**

   **Motion by: _____, Seconded by: _____, Those Voting: ____ Aye, ____ Nay**

4. **Adjournment:** Time: _____ pm.
   *Motion by: _____, Seconded by: _____, Those Voting: ____ Aye, ____ Nay*

Future meetings in Creston boardroom at 801 N. Elm Street, Creston, unless otherwise noted:

- Monday, October 20, 2025, 5:30 p.m., Regular Board Meeting
- Monday, November 20, 2025, 5:30 p.m., Regular Board Meeting, date change.
- IASB Convention November 19-21 in Des Moines
- Monday, December 15, 2025, 5:30 p.m., Regular Board Meeting

What to expect at the Board meeting

‹ Board Agenda-2025.09.29 Special Board meeting #2     Up     What to expect at the Board meeting ›

Printer-friendly version

## Tools

Sitemap

Log in

## Policy & Meeting Navigation

- BOARD MEETING AGENDAS
  - 2021-22 BOARD AGENDAS
  - 2022-23 BOARD AGENDAS

- ▸ 2023-24 BOARD AGENDAS
- ▸ 2024-25 BOARD AGENDAS
- ▾ 2025-26 BOARD AGENDAS
    - Board Agenda-2025.07.21
    - Board Agenda-2025.08.18
    - Board Agenda-2025.09.15
    - Board Agenda-2025.09.29 Special Board meeting #1
    - Board Agenda-2025.09.29 Special Board meeting #2
    - ▾ Board Agenda-2025.09.30 Special Board meeting
        - What to expect at the Board meeting

    ARCHIVES - BOARD AGENDAS

- ▸ BOARD MEETING MINUTES

- ▸ BOARD POLICIES

**Creston Community Schools**

801 N Elm St., Creston, IA 50801
Phone 641-782-7028 | Fax 641-782-7020

www.crestonschools.org

**Translate**

English