EXHIBIT G
Page 1 of 7



### Post

**The Iowa Standard** ✓
@IowaStandard

Here is the statement from Creston School District regarding the social media post of a teacher regarding Charlie Kirk's assassination:

"I want to take a moment to address a recent post that has come to my attention. Please know that I am fully aware of the situation, and I want to assure you that the content of that post does not reflect the values, beliefs, or opinions of our district.

Our commitment remains to providing a safe, respectful, and supportive learning environment for every student and family we serve. We take matters like this very seriously and will continue to uphold the standards and principles that guide our work each day."

The district added this is a confidential personnel matter and I cannot discuss the employees status at this time.

Included is the post allegedly made by Melisa Crook.

> **Melisa Crook**
> He is a terrible human being… terrible. I do not wish death on anyone, but he him not being he is a blessing.
>
> 1h   Like   Reply                              5 😮

9:16 PM · Sep 10, 2025 · **4,071** Views

💬 17        ↻ 34        ♡ 86        🔖 3        ⬆️

💬 Read 17 replies

**The Iowa Standard's Post**

The Iowa Standard
September 12 at 12:48 PM

Iowa House conservatives and leadership have been extremely vocal in taking a stand against this. Here is Rep. Steve Holt:



**Steve Holt, Iowa House of Representatives**
29m

Let's be clear. The right of free speech does not mean there will not be consequence to words spoken.

Any school district that allows an employee cheering or condoning political assassination to remain in the classroom could be putting children at risk, because anyone supporting such a heinous act is emotionally unstable and therefore poses a risk to students in the classroom.

How can a child with beliefs similar to the person assassinated feel safe with a teacher cheering murder based upon those beliefs?

School superintendents and boards need to be courageous and protect their students, while sending a strong message that political violence cannot be supported or tolerated.

1.6K    191 comments   230 shares
Like    Comment    Share

Most relevant

Jaina Swanger
Wish Steve would throw his hat in the ring for governor.
3w  Like  Reply  13

View all 4 replies

Ken Swanson









### The Iowa Standard's Post

**The Iowa Standard**
September 17 at 1:04 PM

From a follower:

Teachers and others aren't just celebrating Kirk's murder. They are celebrating a school shooting, which is why the teachers should be removed. It 1000% is a kids best interested to stay away from rooms that would rejoice over the end result of a school shooter.

I am in a town that had a teacher post about it. I am trying to get them to realize that its not just about whether or not this is a 1st Amendment issue. That is not the real issue. Its about the safety and wellbeing of our kids. If I were in one of these schools, and had the same views and beliefs as Kirk, I would feel like the teacher would be cheering if I got shot too. The teacher would do nothing to protect me from a shooter. Praising the result of one school shooting, no matter who it is, should NEVER be allowed by anyone in a school setting.

Also, I should be asking for the boards resignations. They may have came out and said they are investigating the teacher. They are just as guilty. They have yet to put out an official statement condoning violence in any shape or form, especially a school shooting. Silence speaks volumes.

I would like to ask anyone who was celebrated Kirk's death, the teachers, and school boards one simple question. How is any school shooting acceptable?

376      49 comments  38 shares

Like     Comment     Share

Most relevant

**Carole Anne**
I am asking very similar questions. We did NOT know if our teachers were religious or not, if they were political or not, etc. We were directed back to our parents if we had questions in that regard.

2w  Like  Reply                    8

**Cindy Hofman**
We would all do well to remember this. Young minds are being affected every day in school. Kids are to be taught math, reading, science & writing. Indoctrination has no place in the halls of learning. How this devastating event of Charlie is handled will set a precedent for the future. We need to do better and be better. We need to do good and not evil. Lord, heal our land.



2w  Like  Reply    5



**The Iowa Standard's Post**

**The Iowa Standard**
September 22 at 6:52 PM

Waverly City Councilman & Wartburg professor Brian Birgen has been in the spotlight over comments he made in thr aftermath of Charlie Kirk's assassination. His wife is also a professor and Assistant Dean of General Education at Wartburg. These are posts she allegedly wrote as well.

**Mariah Birgen**
4d

It looks like MAGA and the GOP have found their Horst Wessel. The next step is for someone to pick one of the many newly-penned "Charlie Kirk songs" and have it become the anthem of the Republican Party. After all, they are perfectly in tune with his homophobic/racist/white supremacist values.

iah Birgen

ou dont want us to say you're N@zis
directly from the N@zi playbook.

254        174 comments   25 shares

Like        Comment        Share

Most relevant

**Mariah Birgen**
4d

It looks like MAGA and the GOP have found their Horst Wessel. The next step is for someone to pick one of the many newly-penned "Charlie Kirk songs" and have it become the anthem of the Republican Party. After all, they are perfectly in tune with his homophobic/racist/white supremacist values.

**Mariah Birgen**
4d

Pro-tip: If you dont want us to say you're N@zis, maybe stop pulling directly from the N@zi playbook.