

### Speaker Pat Grassley's Post

**Speaker Pat Grassley** ✓
September 11 at 12:31 PM · 🌐

I have been made aware of social media posts by teachers in Iowa praising the assassination of Charlie Kirk. This hate has no place in our state, and certainly does not belong in our schools.

My expectation is that each school district will follow the proper protocol to investigate these posts and reprimand the posters appropriately. Individuals with this depravity cannot continue to hold a position with any level of influence over our children.

If appropriate action is not taken, you can trust that the Iowa House Government Oversight Committee will address this issue and take action to root out this hate from our schools.

👍❤️ 664                              330 comments   377 shares

👍 Like            💬 Comment            ↗ Share

Most relevant ▼

**Michael O'Connor**
Not far enough, Mr. Speaker. I'd encourage our leaders to highlight and explain the process of how parents and students can file a complaint with the Board of Educational Examiners (BOEE) against the licenses of these teachers. The BOEE has reprimanded teachers for a lot less lately regarding inappropriate speech, and I'd regard any teacher celebrating a school shooting as worthy of receiving some sort of reprimand from the Board. Otherwise, they will just end up in another district espousing the same hate. Give them a sanction that will follow them!

3w   Like   Reply                                                       45 👍❤️

Michael O'Connor replied · 14 Replies

**Breen Greer**
Speaker Grassley, I agree that hateful rhetoric from people in positions of influence is irresponsible. I also think that freedom of speech is our most sacred protection. Charlie Kirk said that 2nd amendment rights take precedent over laws protecting people from gun violence. His death demonstrates the flaws in that logic, as the uninfringed 2nd amendment rights of the shooter, by his own estimation, superseded his 1st amendment rights to divisive speech. What is the equivalent position regarding the 1st amendment I wonder? It might be that the right to the expression of personal opinions, even on incendiary subjects, takes precedent over the government's desire to control