

EXHIBIT
I
Page 1 of 1



10:32    LTE

≡    ParentSquare    Options

Dear Parents and Families,

I am writing to provide an update regarding a current personnel matter in the District. Please know that we are carefully reviewing the situation in accordance with Board policy and applicable laws, and we are consulting with our legal counsel throughout this process.

Because this is a confidential personnel matter, details cannot be shared. However, I can inform you that the employee involved has been placed on paid administrative leave pending the outcome of this review.

The safety, well-being, and success of our students remain our highest priority. We are committed to ensuring that our schools continue to provide a safe, respectful, and supportive learning environment for all students and families.

Thank you for your understanding and continued support.

Sincerely,
Deron Stender
Superintendent

© 2025 ParentSquare. All Rights Reserved.

parentsquare.com



**KSIB Radio 101.3 FM & KOOL 102.1 FM**
September 12 at 10:37 AM · 🌐    •••

Creston Community Schools Superintendent Deron Stender updated parents and community members on an ongoing personnel matter.



👍 234                                                          220 ■    30 ■

| | Like | | Comment | | Share |

Most relevant ■