

Investigation Report
September 15, 2025
Melissa Crook Social Media Post, Wednesday, September 10, 2025
"He is a terrible human being…terrible. I do not wish death on anyone, but he him not being here is a blessing."

1. We confirmed the post was made by you.
2. The post resulted in my office receiving more than 111 emails and 140 calls, with the vast majority of them asking for your termination or requesting to have their children removed from your classroom
3. The post resulted in the need to increase law enforcement presence out of fear for our students, staff, and school safety
4. We reviewed district policy and believe your post violates district policy 401.14 Employee Expression and potentially others
5. We conclude that your social media post was inappropriate and inconsistent with the district's values, and has had an adverse impact on district operations and a negative impact on your ability to perform your job