

### Creston News Advertiser's Post

 **Creston News Advertiser**
September 14 at 7:37 PM

✏️ A statement from CCSD Superintendent Deron Stender

Dear Families and Community Members,

The recent passing of Charlie Kirk has drawn worldwide attention and strong emotions. Unfortunately, our school community has been placed at the center of controversy and public focus.

As a father of a son and daughter, three granddaughters, and one grandson—and as superintendent responsible for nearly 1,270 children and 225 adults—I view my role through the same lens of care, protection, and responsibility that I give my own family.

Our educational system—here and across the country—is not perfect, but it remains the best place for children to learn, grow, and thrive. The employees of our district, like those across the profession, dedicate themselves each day to serving and supporting children. While no one is perfect, I want to emphasize that our staff are deeply committed to doing what is best for students. We also recognize the importance of maintaining professional boundaries, and I want to be clear: personal views have no place in the instruction of our children. If you ever have concerns, I encourage you to contact a school administrator so the matter can be addressed appropriately.

Above all, the safety and well-being of our children and staff are our highest priorities. We provide training to staff and students for crisis situations, maintain comprehensive safety and security plans, and partner closely with local law enforcement to ensure safe learning environments. As a precautionary measure, our local law enforcement will have a presence in and around our schools, and I want to thank them for their continued support. I also encourage everyone to join us in this commitment: if you see something concerning, please say something, so we can respond quickly and effectively.

**Creston News Advertiser's Post** 

precautionary measure, our local law enforcement will have a presence in and around our schools, and I want to thank them for their continued support. I also encourage everyone to join us in this commitment: if you see something concerning, please say something, so we can respond quickly and effectively.

The district administration and school board are actively addressing the personnel matter in question, following district policy and the law. Because this involves personnel, we must respect the confidentiality required of a public employer, while working closely with our legal counsel to ensure the matter is handled fairly, responsibly, and with as much transparency as possible.

Now more than ever, I ask our community to extend the same kindness, patience, and understanding that we so often see reflected in our children. Let us come together to support one another, lift up our staff who do great work every day, and focus on what unites us: the safety, learning, and well-being of our children. As a community, we are in this together—and together, we can provide the safe, supportive, and respectful environment our children deserve.

Sincerely,
Deron Stender
Superintendent



CRESTONSCHOOLS.ORG
**Creston Community Schools**
Creston Community Schools

👍❤️ 65                                           78 comments   11 shares

👍 Like                       Comment