# Educators fired after posting about Charlie Kirk allege in lawsuits that their free speech rights were violated

The posts were shared on their private social media accounts.

By **Deena Zaru** and **Arthur Jones II**
September 23, 2025, 4:24 PM

Dozens of educators and faculty members at K-12 schools, colleges and universities across the country were fired after they made comments about the deadly Sept. 10 shooting of conservative activist Charlie Kirk.

Several of these people filed federal lawsuits challenging their terminations, which they say were for posts on their personal social media accounts.

4:15

**Tens of thousands gather for emotional goodbye of Charlie Kirk**  The assassination of the conservative activist, a 31-year-old father of two, sent shockwaves across the country.

In the complaints, which were obtained by ABC News, the educators each allege that their First Amendment right to free speech was violated.

In South Carolina, former teacher aide Lauren Vaughn filed a federal lawsuit against the Spartanburg County School District Five, the board and the superintendent.

It came after she was allegedly fired over a post in which she shared Kirk's own words at a Turning Point USA event in which he said that it's "worth it to have a cost of, unfortunately, some gun deaths every single year," in order to have the right to bear arms. She then criticized his beliefs on the Second Amendment, the lawsuit says.



"We have received the lawsuit, but cannot comment on pending litigation," a spokesperson for the school district told ABC News on Tuesday.

Former Iowa teacher Matthew Kargol is suing Oskaloosa Schools and its superintendent after he was allegedly fired for posting "1 Nazi down" in reference to Kirk's fatal shooting, the lawsuit says.

"Mr. Kargol's comment was rhetorical hyperbole about a widely reported public event. It did not threaten any person, did not incite imminent unlawful action, and was not directed at any member of the school community," the lawsuit says.

A school district spokesperson confirmed Kargol's firing in a statement sent to ABC News on Tuesday, saying it was "handled in accordance with applicable federal and state law and Board policy."

Key takeaways from Charlie Kirk's memorial service



In this undated file photo, the Ball State University entrance sign is shown in Muncie, Indiana.
UIG via Getty Images, FILE

Meanwhile, the American Civil Liberties Union (ACLU) in Indiana filed a federal lawsuit on Monday on behalf of a former Ball State University employee. She was allegedly fired over a post in which she wrote that Kirk's death is a tragedy but that it was also a "reflection of the violence, fear, and hatred he sowed," according to the complaint.



"Although this is clearly an opinion on a controversial subject, it is fully protected by the First Amendment," the complaint alleges.

Ball State University said in a statement on Sept. 17 that the post "caused significant disruption to the University" and the decision to terminate the employee was "consistent with recent case law."

Asked about the lawsuit, Ball State University did not respond to ABC News' requests for comment.

The lawsuits come as dozens of faculty members and employees at K-12 schools, colleges and universities across the country say they have been fired for public comments they made about Kirk and his assassination.



President Donald Trump speaks during the public memorial service for right-wing activist Charlie Kirk in Glendale, Arizona, September 21, 2025.
Carlos Barria/Reuters

Randi Weingarten, the president of the American Federation of Teachers, denounced the firings in a statement on Friday. She said, in part, that "acts of violence and hate must be condemned," but "using this tragedy to encourage the doxxing, censorship and firing of people for their opinions -- including educators' private opinions shared during their personal time -- is wrong."

The terminations come amid public pressure from some politicians and public officials, particularly in red states, on schools and higher education institutions to discipline students and fire employees for social media statements about Kirk. Some statements appeared callous in the wake of his death, while others appeared to celebrate his assassination, according to school officials.

South Dakota Gov. Larry Rhoden celebrated the state Board Of Regents decision to terminate a University of South Dakota professor. In their posts, they allegedly called Kirk a "hate-spreading Nazi" and questioned where all the "concern" was when Democratic state Rep. Melissa Hortman and her husband were killed in Minnesota.

"We need more Charlie Kirks on campus and less hatred like this," Rhoden said in a Facebook post.

Nico Perrino, executive vice president of the nonprofit free speech civil rights group Foundation for Individual Rights and Expression (FIRE) responded to Rhoden's post in a message on "X."

"We are now summarily firing public university professors, free speech and due process be damned," Perrino wrote. "I haven't seen anything like it since the summer of '20. And even then, I don't remember so many governors and lieutenant governors publicly announcing their unconstitutional purges."

Clemson University in South Carolina announced last week that two faculty members and one employee have been terminated for "inappropriate social media content" in response to Kirk's assassination.

Ahead of the announcement, Republican state Rep. Jordan Pace called on Clemson to fire the employees and said that the university should be defunded if it fails to do so.

"Every deliberation reflects the university's unwavering commitment to conduct all actions in full compliance with institutional policies, state and federal laws and the foundational principles of due process," the university said in a Sept. 16 statement announcing the firings.

**Patel says FBI investigating 'possibility of accomplices' in Kirk shooting**

In Tennessee, employees at Austin Peay State University, Middle Tennessee State University and Cumberland University were also fired for social media comments related to Kirk's death.

Austin Peay State University President Mike Licari announced the termination of a theater professor for resharing "a post on social media that was insensitive, disrespectful and interpreted by many as propagating justification for unlawful death," according to ABC affiliate in Nashville, WZTV.

Middle Tennessee State University President Sidney McPhee also [announced](#) the firing of an assistant dean, who wrote on social media that she has "zero sympathy" for Kirk's murder, [WZTV reported](#).





In this June. 16, 2025, file photo, Sen. Marsha Blackburn walks through the U.S Capitol Building in Washington, D.C.
Anna Moneymaker/Getty Images, FILE

Tennessee Sen. Marsha Balckburn, a Republican, shared the dean's comment on X and [called for her firing](#).

And at Cumberland University, a private liberal arts school in Lebanon, Tennessee, President Paul C. Stumb said on Sept. 12 that [a faculty member and a staff member were fired](#) for making "inappropriate comments on the internet" about Kirk's assassination.

On Sept. 11, a day after Kirk's death, Mississippi State University Chancellor Glenn F. Boyce said that an employee who shared "hurtful, insensitive comments on social media" about Kirk's tragic death is [no longer employed by the university](#).

**Tyler Robinson named suspect in Charlie Kirk shooting: What to know about him and how he was apprehended**

The social media activity of educators and teachers at K-12 schools has also been investigated by various state officials in the wake of Kirk's murder.



Texas Governor Greg Abbott looks on, during a press conference with U.S. Health and Human Services (HHS) Secretary Robert F. Kennedy Jr. (not pictured) at the State Capitol in Austin, Texas, Aug. 28, 2025.
Kaylee Greenlee/Reuters, FILE

Texas Gov. Greg Abbott, who called for and welcomed the expulsion of a Texas State University student who mocked Kirk mourners in a viral video, said that the Texas Education Agency will be investigating the conduct of teachers and taking action.

And in Alabama, Superintendent Eric Mackey expressed his disappointment in a letter over what he called "inappropriate, reprehensible, and inexcusable" social media posts by teachers and said that the conduct will be "thoroughly reviewed and investigated," ABC's Birmingham affiliate, WBMA, reported.

In the letter, Mackey acknowledged educators' right to free speech, but said they "hold a special place in our society" -- the responsibility of educating children -- and he "will not tolerate a small group of bad actors to diminish our calling or tarnish our profession."

On Sept. 17, Education Secretary Linda McMahon posted a video to X condemned teachers and professors who celebrated Kirk's death.

McMahon said it is "deeply troubling" that a small but "vocal" fringe is justifying Kirk's murder.

"Alarmingly, many of these advocates of political violence are teachers, professors and administrators at our schools and universities, leaders who are entrusted with shaping the character of the next generation and the ideas that affect us all," McMahon said in the post. "This is further evidence of the profound crisis in our classrooms and on our campuses."

McMahon did not mention free speech in her statement.

### Related Topics

Charlie Kirk shooting



### Sponsored Content by Taboola