EXHIBIT
M
Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Melissa Crook,<br><br>        Plaintiff,<br><br>        v.<br><br>Creston Community School District; Board of Directors of Creston Community School District; Don Gee, in his individual and official capacities as President of the Board of Directors of the Creston Community School District; and Deron Stender, in his individual and official capacities as Superintendent of Creston Community School District.<br><br>        Defendants. | NO. _____<br><br><br>**DECLARATION OF MATT BUTLER** |

I, Matt Butler, declare that the following facts are true and correct to the best of my knowledge and belief:

1.      I am a UniServ Director employed by the Iowa State Education Association. In this capacity, I am a union representative serving the Creston Education Association.

2.      On September 15, 2025, I attended a meeting with Melisa Crook at which Superintendent Deron Stender (hereinafter "Superintendent") shared with us his determination that a comment made by Ms. Crook on Facebook created a substantial disruption for the Creston Community School District (hereinafter "District").

3.      I spoke with many staff members who said they did not witness any threatening occurrence at school and did not experience any substantial disruption to the school environment

EXHIBIT

M

Page 2 of 2

post. The Superintendent reported that the rumor had been investigated and was not credible, but requested law enforcement presence at the school.

9.    The Sheriff stated they increased their presence out of an abundance of caution, "because you never know."

10.    As the days went by after September 15, 2025, staff members noted that students asked when Ms. Crook would return, the English Department suffered a lack of staff coverage of classes, and students experienced a lack of a teacher and a dance coach.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 3, 2025.

Matt Butler