EXHIBIT N
Page 1 of 1

September 11 in the early morning hours. Response to original thread:

**Melisa Crook**
Not wishing anyone death, just noting that he was a dangerous man. I am sorry to have offended anyone. I do not think anyone should be dead in this situation–I should have chosen my words better. I apologize for offending anyone.

September 11 – later in the morning. A post on her Facebook page.

**Melisa Crook**
September 11 at 11:30 AM

I want to clarify a statement I made yesterday. I do NOT condone violence or the killing of people you disagree with politically or otherwise. That was never my intent. That is not who I am, nor what I believe. I believe strongly in the freedom of speech which also means I can disagree. I do not treat others poorly or wish them any harm because we do not agree. I am actually very open and accepting of different people with different ideas.

The point I was trying to make is that he has marginalized a lot of powerless people, creating polarized political discourse. I believe all people have the right to their own beliefs, including me.

I am sorry I have offended people in this community, believing that I condone killing others. I did not think he should be killed. After further review, I should have thought more about how I chose to post my thoughts, how it would sound. I take responsibility for the poor wording of my post.

81       203   2