

EXHIBIT O
Page 1 of 1

# REQUEST FOR HEARING

September 28, 2025

Billie Jo Greene
Secretary of the Board of Directors
801 N Elm St.
Creston, IA 50801
DELIVERED VIA EMAIL ONLY TO: bgreene@crestonschools.org

Dear Ms. Greene:

    I have received notification from the Superintendent of the Creston Community School District that he will recommend in writing to the Board of Directors the termination of my continuing contract.

    I hereby request a private hearing with the Board of Directors of the Creston Community School District in accordance with the provisions of Sections 279.15 and 279.16, *Code of Iowa* (2025).

    You are further advised that Matt Butler, UniServ Director, Katie Schoolen, Attorney, and Christy Hickman, Attorney, are my representatives from the Iowa State Education Association, with power to act for me, and with the same rights of access to my complete personnel file and any other information related to this termination matter as I have. I further request that copies of any written communications to me in connection with this matter shall be furnished to said representatives at matt.butler@isea.org, katie.schoolen@isea.org, and christy.hickman@isea.org.

    Respectfully submitted,

/s/ Melisa Crook
Melisa Crook
400 N Park St.
Creston, IA 50801-1963

Receipt of this Request for Hearing pursuant to statute is hereby acknowledged this __30__ day of September, 2025.

_____
Secretary of the Board of Directors
of the Creston Community School District

Orginial document was sent on 9.28.25 with wrong ~~Disrict name.~~ District name was updated on 9.29.25 bjg

Copies to: Kristy Latta, Deron Stender, Christy Hickman, Katie Schoolen, Matt Butler