

EXHIBIT
P
Page 1 of 1

# NOTICE OF PRIVATE HEARING

This is to notify you that a private hearing has been scheduled before the Board of Directors of the Creston Community School District, per the written request of employee Melisa Crook in regards to the Superintendent's notice of recommendation to terminate her employment, in the Board Room at the District office, 257 Swan Street, Creston, Iowa, on the 21st day of October, 2025, at 5:30 P.M.

At that time and place, the Superintendent will present evidence and argument on all issues involved, and the employee may cross-examine, respond, and present evidence and argument on her own behalf relevant to all issues involved.

Unless otherwise agreed, a listing of documents which may be presented to the Board at the hearing and names of persons who may address the Board at the hearing in support of the Superintendent's recommendation will be furnished to the employee at least ten (10) days before the hearing.  The employee is required to furnish the same information that she expects to present on her behalf to the Superintendent at least seven (7) days before the hearing.

Following the private hearing, the Board will make a final decision upon the Superintendent's recommendation and the evidence presented at the hearing.  If the employee does not appear at the private hearing, the Board may proceed and make a determination upon the Superintendent's recommendation.

This Notice is dated October 3, 2025, by Board Secretary Billie Jo Greene.

Copy to:   Board of Directors
Superintendent Deron Stender
Christie Hickman, Employee Representative
Katie Schoolen, Employee Representative
Matthew Butler, Employee Representative

4922-3496-7407-1\13107-000