

EXHIBIT
Q
Page 1 of 43

3:32
◄ Messages

<        Deron Stender        🔍

**Posts**    Photos    Reels



**Deron Stender**
Feb 5, 2024 · 🌐       ●●●

Wait, you come into the United States illegally, assault peace officers. Get set free and handed a cash card. And on top of that you give the Americans the double barreled middle finger on your way to California.

At the same time I have family members in the service who are told their company doesn't have funds to support their training.

When did we as Americans start believing this is ok. 🇺🇸



**MEDIA**

👤+ **Add friend**    💬 **Message**    •••



3:33

◄ Messages

‹    Deron Stender    🔍

**Posts**    Photos    Reels

**Deron Stender**    •••
Feb 3, 2024 · 🌐

Our government has money to pay for migrants as we question whether social security will be around or provides enough for the American people who have worked and contributed to it?

Who is living the American dream.





👤 **Add friend**    💬 **Message**    •••



EXHIBIT
Q
Page 3 of 43

3:33
◀ Messages

< Deron Stender 🔍

**Posts**   Photos   Reels

 **Deron Stender**
Dec 30, 2023 · 🌐 ···

🙏

 **Israel has the full right AND responsibility for self-defense.** · Join

Benjamin Vasey · Nov 11, 2023 · 🌐

Genesis 15:18-21

18 In the same day the Lord made a c... See more



 Add friend    💬 Message    ···



EXHIBIT
Q
Page 4 of 43

**3:35**
◄ Messages

< **Deron Stender** 🔍

**Posts**    Photos    Reels



**Deron Stender**
Aug 12, 2023 · 🌐

Amen! 🇺🇸

**Rosa Kiser Fosbrink** updated her cover photo.
Jun 21, 2023 · 🌐



If you don't want to stand for the national anthem. Perhaps you should give your legs to a veteran who lost his. That way a real man can stand in your place.



ClickonMichigan.com

👤 Add friend    💬 Message    ···



EXHIBIT
Q
Page 5 of 43

3:36
◀ Messages



< Deron Stender 🔍

**Posts**   Photos   Reels

↗ Share

**Deron Stender**
Sep 25, 2022 · 🌐  •••

Thank you Senator Ernst. Keep fighting for us. 🇺🇸



**Senator Joni Ernst** ✔ · **Follow**
Sep 24, 2022 · 🌐



Costs are up for:
⛽ Diesel fuel
🚜 Liquid propane
🔥 Heating

We need to unleash American energy TODAY.





👍 2                    1 share

👤+ **Add friend**    💬 **Message**    •••


EXHIBIT
Q
Page 6 of 43

3:37
◀ Messages

< Deron Stender 🔍

**Posts**   Photos   Reels

 **Deron Stender**   •••
Aug 24, 2022 · 🌐

🧑



**Fox News** ✓ · Follow
Aug 24, 2022 · 🌐

BIDEN'S BIG BRIBE: Jesse Watters rips president's new handout: 'Workers with high school diplomas shouldn't be paying off loans for grad students.' https://fxn.ws/3QPN1ze

Biden's like the reverse Robin Hood, he's robbing the poor to pay the rich.
— Jesse Watters

FOX NEWS

👤 **Add friend**   💬 **Message**   •••











**EXHIBIT**

**Q**

Page 9 of 43



**Deron Stender**
Aug 16, 2022 · 

...

regardless of what people believe or
how they vote. A great number of
Americans admire her integrity and
pursuit of the truth, even if the voters
in Wyoming do not.

3y    Like    Reply                          1 👍



**Deron Stender**
Heather Surla again we agree, the truth
will always be the truth. The trouble is
knowing if it's coming from a snake.
Always interesting how and who is
perceived to know the truth.

3y    Like    Reply



**Heather Ann**
I would say a habitual liar who
repeatedly fails to take accountability
is likely the snake. Good luck clinging
to that sinking ship 👍

3y    Like    Reply



**Deron Stender**
Heather, do you hold all people to your
same level accountability? If you
believe Cheney isn't a snake, you can
have her and a few more snakes that
call themselves Republicans. 👍

3y    Like    Reply

EXHIBIT

Q

Page 10 of 43



**Deron Stender**
May 21, 2022 · 🌐

Good point.

**Charlie Kirk** ✓
May 21, 2022 · 🌐

https://rumble.com/v15bvkz-watch-chip-roys-patriotic-mic...

RUMBLE.COM
**WATCH Chip Roy's Patriotic Mic Drop!**
For more exclusive interviews, insight, and analysis like this, SUBSCRIBE to The Charlie Kirk ...

👍 Like          ◯ Comment          ↪ Share


EXHIBIT
Q
Page 11 of 43

**Deron's Post**                                              ✕



EXHIBIT
Q
Page 12 of 43



3:40
◄ Messages

Deron Stender

Posts    Photos    Reels

**Deron Stender**
Apr 5, 2022 · 🌐                    • • •

Time to turn the tables and regain control of media, Congress, and this great country! I might buy a Tesla, at least dream about it.

**Ben Shapiro** ✔ · **Follow**
Apr 5, 2022 · 🌐

It's an EPIC move on the part of Musk.

dailywire.com
**'Game Changer': Social Media Erupts After Elon Musk Becomes Twitter's Largest Shareholder**

👍 Like        💬 Comment        ↪ Share

Deron Stender

👤 **Add friend**        💬 **Message**        • • •

EXHIBIT

Q

Page 13 of 43

**3:42**
◀ Messages

<          Deron Stender          🔍

**Posts**     Photos      Reels

👍 Like      💬 Comment      ↗ Share

 **Deron Stender**
Nov 14, 2021 · 🌐

Looking forward to your plan to hold the line for Florida.

 **Bongino Inc** ✓ · **Follow**
Nov 13, 2021 · 🌐

It was everything I could do to not stand up and start clapping when I heard these words come out of **Governor Ron DeSantis**' mouth.



Gov. DeSantis Takes EPIC
Stand to Defy Biden's Tyranny

👍 1                    1 comment

👍 Like      💬 Comment      ↗ Share

👤 **Add friend**      💬 **Message**      ···


EXHIBIT
Q
Page 14 of 43

# Tweet

 **Deron Stender** 🔒
@Kid_Advocate

It will be nice to not have to hear the media.

>  **Marco Rubio** ✓ @marcorubio · 5h
> And suddenly people gathering in large crowds and not social distancing is no longer considered irresponsible by the media

5:06 PM · 11/7/20 · Twitter for iPhone

**1** Like





**Deron Stender** 11/4/2020

to District

Dear Staff,

I want to address the article from the Creston News Advertiser. Most importantly, continue to do what you do best and keep your focus on our students, their families, and our community! Continue to model Creston Cares and kindness and remain positive.

I apologize for any misunderstanding I may have communicated to you regarding personal political expression. It was with good intentions to prevent you from finding yourself in my situation and I would rather it be me than you. This is a valuable learning experience and with each new experience, we grow. I have grown. This is an opportunity to come together; it's what Creston does.

I am sorry if my personal tweets offended you, our students, and the community. That was never my intent. I will no longer use my personal Twitter account to tag the district account to share or communicate district news and information. I will channel that communication through the district account @ccsd_panthers.

As always, please contact me if you have any questions. Thank you and have a great day!



EXHIBIT
Q
Page 16 of 43



This is my personal account and reflects my thoughts, views, and opinions.

▦ Joined April 2016

**202** Following     **674** Followers

**Tweets**     Tweets & replies     Media     Likes



**Deron Stender** @Kid_Advocate · 5m     ⋯

I apologize if my personal tweets on my personal account have been considered district, they are not. Please follow the official  district twitter @CCSD_Panthers to stay informed of district information. Again, apologize for the confusion. Thank you.

EXHIBIT

Q

Page 17 of 43



**Deron Stender**
@Kid_Advocate

Folgen

It is my personal account and conducted on personal time. Where did insult students?

kat @katlynn_long
as a superintendent it is your responsibility to represent your student body. a DIVERSE student body. the very least you could do is keep from insulting those students for having different beliefs than you. twitter.com/kid_advocate/s...

06:50 - 31. Okt. 2020

EXHIBIT
Q
Page 18 of 43



9:42

**Reply sent**

@Kid_Advocate

Get your boots on. Will be lots of water when the snowflakes melt Tuesday night.

Fox News @FoxNews · 4h
Fox News Poll: Biden's lead over Trump narrows slightly to 8 points

foxnews.com/politics/poll-...

6:47 PM · 10/30/20 · Twitter for iPhone

Amiya Watkins @amiya_watk... · 1s ···
Replying to @Kid_Advocate
its being a superintendent of a school where there are people of color, women, and members of the LGBTQ+ community and STILL publicly announcing your views while your teachers cant for me

Tweet your reply



EXHIBIT
Q
Page 19 of 43



**kat**
@katlynn_long

Folgen

as a superintendent it is your responsibility to represent your student body. a DIVERSE student body. the very least you could do is keep from insulting those students for having different beliefs than you.

**Deron Stender** @Kid_Advocate
Get your boots on. Will be lots of water when the snowflakes melt Tuesday night.
twitter.com/foxnews/status…

21:19 - 30. Okt. 2020

EXHIBIT
Q
Page 20 of 43









EXHIBIT
Q
Page 22 of 43



**Deron Stender**
@Kid_Advocate

Folgen

Greenfield is backed by dirty money supported by those who want to destroy our kids and grandkids freedom and opportunity to enjoy being an America.  Socialism doesn't work just like so called peaceful protests.

**Grassley Works** ✔ @GrassleyWorks

At one point Grassley held up a bottle of hand sanitizer to "sanitize away" the lies he said he's hearing about Ernst.

"I'm on Joni's team," said Grassley. "We work together hand and glove and I…

16:44 - 30. Okt. 2020

**EXHIBIT**

**Q**

Page 23 of 43



**Deron Stender**
@Kid_Advocate

Suivre

Isn't that the truth. The only people who believe that also think socialism is better than capitalism and that these riots in the liberal cities are peaceful (lol). Americans are smarter than that.

Eric Trump ✔ @EricTrump
1973 Biden Enters Office
1974
1975
1976…

16:32 - 30 oct. 2020



**Deron Stender**
@Kid_Advocate

Folgen

## Did you have enough time?

**Team Trump (Text VOTE to 88022)** ✔ @TeamTrump
President @realDonaldTrump lists just some of Joe Biden's failures during his 47 year career

1:51

11:11 - 30. Okt. 2020

EXHIBIT
Q
Page 24 of 43



EXHIBIT
Q
Page 25 of 43





EXHIBIT
Q
Page 26 of 43

**Deron Stender**
@Kid_Advocate

Folgen

Amen! Keep America great or accept the fall of our constitution, courts, justices systems, and freedom. I'm voting for my grandkids so they too can experience life as an American. Socialism isn't for us. @realDonaldTrump

**Brett Favre** ☐ @BrettFavre
My Vote is for what makes this country great, freedom of speech & religion, 2nd Amnd, hard working tax paying citizens, police & military. In this election, we have freedom of choice, which all should respect. For me & these principles, my Vote is for @RealDonaldTrump. #Vote

10:56 - 30. Okt. 2020



EXHIBIT
Q
Page 27 of 43

















**EXHIBIT**
**Q**
Page 31 of 43





EXHIBIT

Q

Page 32 of 43





EXHIBIT
Q
Page 33 of 43



**Deron Stender**
@Kid_Advocate

Folgen

Is this what the Story County Sheriff means when he says Greenfield supports law enforcement? I think he got his wires crossed. Vote Ernst on November 3 and support law enforcement for Iowa. @joniernst

**Donald Trump Jr.** ✔ @DonaldJTrumpJr
It's still going on and coming to a city near you. If democrats this will become the norm. Vote For Law & Order. Vote Trump twitter.com/stillgray/stat…

05:37 - 27. Okt. 2020



EXHIBIT

Q

Page 34 of 43



**EXHIBIT**

**Q**

Page 35 of 43



**Deron Stender**
@Kid_Advocate

Folgen

# I'm with you!

**Gov. Mike Huckabee** ✔ @GovMikeHuckabee
I thought ppl were kidding when they said "journalists" weren't aware that Coyotes were cartel-paid human traffickers. This AZ Sheriff @sherifflamb1 had to explain to those who think they're smarter than rest of us. I guess the elites really do think we're "chumps." twitter.com/sherifflamb1/s...

17:23 - 25. Okt. 2020










EXHIBIT
Q
Page 38 of 43



**Deron Stender**
@Kid_Advocate

Folgen

Why would anyone want to be associated with AOC and socialism. Vote for Ernst, a veteran who knows what it means to defend our freedoms, just like she does in DC. Ernst for Iowa, Ernst for freedom, Ernst for America! 🇺🇸 @joniernst



**Joni Ernst** ✔ @joniernst
Is there any doubt @greenfieldiowa would join with the far left if she's elected? They've already spent over $100 million on her, and @AOC just admitted she needs Greenfield in the Senate to push her radical plans.

15:00 - 25. Okt. 2020

10-22-20

EXHIBIT

Q

Page 39 of 43



money, increasing your TPERS. The district will pay for training and testing. I have linked the flyer for your review and to share in our community.

10. With elections just around the corner, please be mindful of the boundaries of political expression during contract hours.

11. Win Panther gear and trinkets. Post on district Twitter or Facebook (tag me) a picture of student and staff engagement or an encouraging post to our parents inviting them to conferences, thanking them for their support, or any positive recommendation. Be creative and have fun.

The parent eUpdate is available for your review. Thank you for supporting our students and schools. Stay safe, and be well! As always, please contact me with any questions.

Deron Stender



**3:31**

◀ Messages

‹   **KMA Broadcasting**
    Jun 22 · 🌐                    · · ·

14w    Like    Reply

**John Dankof**



14w    Like    Reply

**Deron Stender**
Ryan Woods you're simply an idiot!  Wish there were other words to describe you but simply an idiot. 🇺🇸

14w    Like    Reply

**Deron Stender**
Steve Mick this guy like most liberals lack intellectual capacity and Trump lives rent free in that space. 🇺🇸

14w    Like    Reply           1 👍

💎 Top fan
**Ryan Woods**
John Dankof we just eliminated

Write a comment...



**Deron Stender**
@Kid_Advocate

Follow

I reached out to my family members who have/are serivimg/ed in the military about their feelings for kneeling during the national anthem. Disrespectful, plain and simple. Two of them advised me to read what the 13 folds of the flag means. I encourage everyone to do the same.

**Deron Stender** @Kid_Advocate
I stand for the Stars and Stripes. I stand for the people who gave the greatest sacrifice to defend our democracy. Like everything, it's not perfect but I do not want to live anywhere else.     twitter.com/IAGovernor/sta...

7:14 PM - 14 Jun 2020

     1







EXHIBIT
Q
Page 43 of 43

3:32
◀ Messages

< **Deron Stender** 🔍

**Posts**    Photos    Reels

👍 5                          2 comments

↪ Share



**Deron Stender** updated his cover photo.    •••
Jan 20 · 🌐



👍❤️ 2

↪ Share



**Deron Stender** updated his profile picture.    •••
Jan 10 · 🌐

👤 **Add friend**    💬 **Message**    •••