

EXHIBIT
R
Page 1 of 83



EXHIBIT
R
Page 2 of 83

Don Gee

**Posts**   Photos   Reels



**Don Gee**
Sep 15 · 🌐

Play stupid games win stupid prizes.



**Conservative Twins** · **Follow**
Sep 15 · 🌐

This student has now been EXPELLED from her college AND arrested within hours.

All for chasing clout over Charlie Kirk's death.

She didn't even know Charlie — just wanted to look "cool."

Threw her whole future away for nothing. Pure stupidity.




Woke college student at Texas Tech mocks Charlie Kirk's d*ath..

👤+ **Add friend**     💬 **Message**     ...

EXHIBIT

R

Page 3 of 83

# Don Gee

**Posts**     Photos     Reels

She didn't even know Charlie — just wanted to look "cool."

Threw her whole future away for nothing. Pure stupidity.



👍 2

👤 Add friend        💬 Message        •••



EXHIBIT
R
Page 4 of 83





EXHIBIT
R
Page 5 of 83






EXHIBIT
R
Page 6 of 83











EXHIBIT
R
Page 9 of 83









EXHIBIT
R
Page 11 of 83











EXHIBIT
R
Page 14 of 83







EXHIBIT
R
Page 16 of 83



















EXHIBIT
R
Page 21 of 83





















EXHIBIT
R
Page 26 of 83

















EXHIBIT
R
Page 30 of 83









EXHIBIT

R

Page 32 of 83




EXHIBIT
R
Page 33 of 83





EXHIBIT

R

Page 34 of 83































EXHIBIT
R
Page 42 of 83



EXHIBIT

R

Page 43 of 83









EXHIBIT
R
Page 45 of 83

Song plays "Amazing Grace"




EXHIBIT
R
Page 46 of 83











EXHIBIT
R
Page 49 of 83









EXHIBIT
R
Page 51 of 83




















EXHIBIT
R
Page 56 of 83











EXHIBIT
R
Page 59 of 83



















EXHIBIT
R
Page 64 of 83











EXHIBIT
R
Page 67 of 83

<        **Don Gee**        🔍

**Posts**    Photos    Reels

👍 Like     💬 Comment     ↗ Share

---

**Don Gee**
Sep 12 · 🌐     •••

> **Hannah Ingram**
> Sep 11 · 🌐
>
> For anyone that is interested in the FULL quote made by Charlie Kirk that is being taken so out of context, I have it here and if you're willing to read it, you may have a different opinion.
>
> "Yeah, it's a great question. Thank you. So, I'm a big Second Amendment fan but I think most politicians are cowards when it comes to defending why we have a Second Amendment. This is why I would not be a good politician, or maybe I would, I don't know, because I actually speak my mind.
>
> The Second Amendment is not about hunting. I love hunting. The Second Amendment is not even about personal defense. That is important. The Second Amendment is there, God forbid, so that you can defend yourself against a tyrannical government. And if that talk scares you — "wow, that's radical, Charlie, I don't know about that" — well then, you have not really read any of the literature of our Founding Fathers. Number two,

 Add friend     Message    •••

EXHIBIT

R

Page 68 of 83

‹     Don Gee     🔍

**Posts**     Photos     Reels

government. And if that talk scares you — "wow, that's radical, Charlie, I don't know about that" — well then, you have not really read any of the literature of our Founding Fathers. Number two, you've not read any 20th-century history. You're just living in Narnia. By the way, if you're actually living in Narnia, you would be wiser than wherever you're living, because C.S. Lewis was really smart. So I don't know what alternative universe you're living in. You just don't want to face reality that governments tend to get tyrannical and that if people need an ability to protect themselves and their communities and their families.

Now, we must also be real. We must be honest with the population. Having an armed citizenry comes with a price, and that is part of liberty. Driving comes with a price. 50,000, 50,000, 50,000 people die on the road every year. That's a price. You get rid of driving, you'd have 50,000 less auto fatalities. But we have decided that the benefit of driving — speed, accessibility, mobility, having products, services — is worth the cost of 50,000 people dying on the road. So we need to be very clear that you're not going to get gun deaths to zero. It will not happen. You could significantly reduce them through having more fathers in the home, by having more armed guards in front of schools. We should have a honest and clear reductionist view of gun violence, but we

👤 Add friend     💬 Message     ⋯



EXHIBIT
R
Page 69 of 83

<       **Don Gee**       🔍

**Posts**    Photos    Reels

significantly reduce them through having more fathers in the home, by having more armed guards in front of schools. We should have a honest and clear reductionist view of gun violence, but we should not have a utopian one.

You will never live in a society when you have an armed citizenry and you won't have a single gun death. That is nonsense. It's drivel. But I am, I, I — I think it's worth it. I think it's worth to have a cost of, unfortunately, some gun deaths every single year so that we can have the Second Amendment to protect our other God-given rights. That is a prudent deal. It is rational. Nobody talks like this. They live in a complete alternate universe.

So then, how do you reduce? Very simple. People say, oh, Charlie, how do you stop school shootings? I don't know. How did we stop shootings at baseball games? Because we have armed guards outside of baseball games. That's why. How did we stop all the shootings at airports? We have armed guards outside of airports. How do we stop all the shootings at banks? We have armed guards outside of banks. How did we stop all the shootings at gun shows? Notice there's not a lot of mass shootings at gun shows, there's all these guns. Because everyone's armed. If our money and our sporting events and our airplanes have armed guards, why don't our

👤 **Add friend**    💬 **Message**    ⋯



EXHIBIT
R
Page 70 of 83



<          Don Gee          🔍

**Posts**    Photos     Reels

How did we stop all the shootings at gun shows? Notice there's not a lot of mass shootings at gun shows, there's all these guns. Because everyone's armed. If our money and our sporting events and our airplanes have armed guards, why don't our children?"



👍 5                    1 comment

👍 Like       💬 Comment       ↪ Share



**Don Gee**
Sep 12 · 🌐                •••

👤 Add friend      💬 Message      •••



EXHIBIT
R
Page 71 of 83





EXHIBIT

R

Page 72 of 83



<       Don Gee       🔍

**Posts**    Photos    Reels

**Don Gee**
Aug 12 · 🌐      ...

**Jim Reich**
Aug 10 · 🌐

This was from a Dec 2016 News program interview.  No mention of sleepy Joe

YUUP ! ⸻ HENRY KISSINGER'S OPINION OF PRESIDENT DONALD J. TRUMP:
Henrry Kissinger is now 95 years old, He recently did an interview and said some very surprising things about President Donald J. Trump. He starts with: "Donald Trump is a phenomenon foreign countries have not seen before!" "Former Secretary of State Henry Kissinger gives us a new understanding of President Donald J. Trump's foreign policy and predicts his success:

"Liberals and all those who favor (Hillary) Clinton will never admit it." "They will never admit that President Donald J. Trump is the only true leader. "The man is making changes like never before and he does everything for the good of the people of this nation." "After eight years of tyranny, we finally see a difference."

 Henry Kissinger knows it and continues with:

👤 **Add friend**    💬 **Message**    ...

**EXHIBIT**

**R**

Page 73 of 83

‹    Don Gee    🔍

**Posts**    Photos    Reels

finally see a difference.

Henry Kissinger knows it and continues with:
"Each country now has to consider two things:
One, their perception that the former President, or
the outgoing President, basically withdrew the
United States from international politics, so they
had to make their own assessments of their
needs." "And secondly, there's a new President
who's asking a lot of unknown questions. "And
because of the combination of partial emptiness
and new questions, one could imagine something
remarkable and new emerges."

Then Henry Kissinger puts it bluntly: "President
Donald J. Trump puts America and its people
first." That's why people love him and that's why
he will remain in charge for so long. "There's
nothing wrong with him and people need to open
their eyes." When President Donald J. Trump
boasts that he has a "bigger red button" than Kim
Jung Un, he transcends the rhetoric of the past,
forcing a new recognition of American power.

Henry Kissinger once wrote, "The weak are
strengthened by the frontier." The strong grow
weak by inhibition! No sentence better captures
the relationship between the United States and
North Korea. President Donald J.  Trump is
dismissing inhibitions and calling out the hoax on
North Korea's audacity.

 Add friend    💬 Message    ···

EXHIBIT

R

Page 74 of 83



<      Don Gee      🔍

**Posts**     Photos     Reels

weak by inhibition. No sentence better captures the relationship between the United States and North Korea. President Donald J. Trump is dismissing inhibitions and calling out the hoax on North Korea's audacity:

His point is that the contrast of the American withdrawal under Barack Hussein Obama and his new assertion of power under President Donald J. Trump creates a new dynamic that all our allies and enemies must consider.

Our allies became complacent with Barack Hussein Obama's inaction and now they are scared because of President Donald J. Trump's activism. And they must balance the two in developing their policies: They realize that the old supposed, catalyzed by Bush 43's concern for Iraq and Barack Hussein Obama's refusal to lead, are outdated.

So President Donald J. Trump is forcing a new calculation with a new power behind American interests. Those, here and abroad, who traveled in the old apple wagon, are worried that it will be toppled. But, as Henry Kissinger so boldly stated, "President Donald J. Trump is the only true leader in world affairs and he's forcing policy changes that put America first!" "This is the most accurate statement of what American citizens living off the swamp want and expect from their government."

I like the list of 13 things I, as a US citizen, want

👤+ **Add friend**    💬 Message    ...

**EXHIBIT**

**R**

Page 75 of 83



‹          Don Gee          🔍

**Posts**     Photos     Reels

statement of what American citizens living off the swamp want and expect from their government."

I like the list of 13 things I, as a US citizen, want. President Donald J. Trump is at least speaking out about issues that concern most Americans. My mantra about President Donald J. Trump is this: To be honest, we agree with most of what he says.. We're getting older and our tickers aren't what they used to be, but what matters is that it covers most of the 13 things older adults want, at least I do for sure: 1. Hillary: held accountable for her past mistakes. 2. Put "GOD" back in America! 3. Borders: closed & well protected! 4. Congress: in the same retirement and health care plans as everyone else. 5. Congress: Obey your own laws NOW! 6. Language : English ! 7. Culture: Constitution and Bill of Rights! 8. Drug Free: Mandatory Drug Detection Before and During Wellness! 9. Giveaways: NONE- for non-citizens! 10. Budget: Balance the Damn Thing!!! 11. Foreign countries: stop giving them our money!!! Illegal Aliens- Load them up and deport!!! 12. Term-Limits for Congress. And more than anything else. 13. "Respect our MILITARY AND OUR FLAG AND OUR LAW ENFORCEMENT!". "We the people are coming! Only 86% will post this. Should be 100% what will you do?
Send this; even if it's just for one person.
HENRY KISSINGER.

👤 **Add friend**          💬 **Message**          ···

EXHIBIT
R
Page 76 of 83





Don Gee

**Posts**   Photos   Reels

**Don Gee**
Aug 9 · 🌐

**Ted Nugent** ✔️ · **Follow**
Aug 9 · 🌐



👍😂 2                    1 comment

👤 **Add friend**    💬 **Message**    ...

EXHIBIT
R
Page 78 of 83

‹    Don Gee    🔍

**Posts**    Photos    Reels

**Don Gee**    •••
Jul 29 · 🌐

**Ted Nugent** ✔ · Follow
Jul 29 · 🌐



👍 5

👤 Add friend    💬 Message    •••



3:29

## Don Gee

Posts    Photos    Reels

**Don Gee**
Jul 17 · 🌐

**Ted Nugent** ✓ · **Follow**
Jun 25 · 🌐

The DNR and the NRC are the enemies of conservation in Michigan.
#truth #logic #commonsense



AS I HAVE FERAL RUSSIAN BOAR

👤 Add friend    💬 Message    ···



**EXHIBIT**
**R**
Page 80 of 83



**Don Gee**
June 14 · 🌐

Not according to the democrat judges. That law only works for democrats....lmao bullshit left wing judges

Signed into law by President Bill Clinton on September 30, 1996 The 1996 Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA) allows deportation without a judicial hearing through a process called "expedited removal."



**Conservative Politics Today**
June 12 · 🌐

EXHIBIT

R

Page 81 of 83

Don Gee



Donald Trump For President
June 11 · 🌐

Gov. Ron DeSantis says that Floridians are ALLOWED to drive over protesters in the street, if they feel like their life is in danger..

LOVE this! 👏 👏

"And we also have a policy that if you're driving on one of those streets and a mob comes and surrounds your vehicle and threatens you, you have a right to flee for your safety. And so if you drive off and you hit one of these people, that's their fault for imping on you. You don't have to sit there and just be a sitting duck and let the mob grab you out of your car and drag you through the streets. You have a right to defend yourself in Florida."

👍 2                                                                 2 comments

👍 Like              💬 Comment              ↗ Share

View more comments

Deron Stender                           ···
As it should be anywhere

12w   Like   Reply



EXHIBIT
R
Page 82 of 83



EXHIBIT
R
Page 83 of 83

