**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| Melissa Crook,<br><br>        Plaintiff,<br><br>v.<br><br>Creston Community School District, Board of Directors of the Creston Community School District, Don Gee, in his individual and official capacities as President of the Board of Directors of the Creston Community School District, and Deron Stender, in his individual and official capacities as Superintendent of the Creston Community School District<br><br>        Defendants. | CASE NO. 4:25-cv-00373-RGE-HCA<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

      COMES NOW Plaintiff Melisa Crook, in accordance with Local Rule 7 and pursuant to 28 U.S.C. § 1331, Fed. R. Civ Pro. 65, and 42 U.S.C. § 1983, and in support of her Motion for Temporary Restraining Order and Preliminary Injunction against Creston Community School District; Board of Directors of Creston Community School District; Don Gee, in his individual and official capacities as President of the Board of Directors of Creston Community School District; and Deron Stender, in his individual and official capacities as Superintendent of the Creston Community School District, states as follows:

      1.     On or about October 7, 2024, Plaintiff Melissa Crook filed a Complaint for Temporary Restraining Order, Preliminary Injunction, Permanent Injunction and Declaratory Relief against each and all Defendants named herein.

      2.     Plaintiff Melisa Crook incorporates the allegations, attachments, exhibits, arguments, demands and requests for relief contained therein as if fully set forth in the instant

Motion.

3. Melisa Crook is a non-probationary High School English Teacher employed by the Creston Community School District.

4. Late in the evening on September 10, 2025, Crook responded to a Facebook post by a family member related to public figure Charlie Kirk's death earlier that day, while at her home, on her personal time, and using her personal Facebook account. She did not advocate or condone violence. The circumstances surrounding Kirk's death, and his public comments, have been the subject of public interest, resulting in many and varying comments in both traditional and social media outlets.

5. Crook's comments were statements of opinion made as a private citizen on a matter of public concern. Her comments did not address matters related to her employment or job duties and she did not purport to speak as an employee of the Creston Community School District. Crook's comments were and are protected by the First Amendment of the U.S. Constitution.

6. Since September 11, 2025, as the result of her protected speech, Crook has been discriminated against and subjected to retaliation, has been placed on leave from her teaching and extracurriculars position by Defendants, has been barred from coming onto public school property, and has been the subject of comment to the public by the Defendants herein. Due to her absence from teaching and extracurricular duties, it is clear that she is the subject of the public comments by the Defendants.

7. The Defendants have not returned Crook to work and she remains on leave. Rather, Defendant Stender has recommended termination of Crook's employment under Chapter 279, Code of Iowa, based on her protected speech and unconstitutional and unconstitutionally applied Board policies. The Board of Directors of the District has accepted the recommendation

and scheduled a hearing on the termination for October 21, 2025. The Chapter 279, Code of Iowa, proceedings do not provide for traditional discovery or for the issuance of subpoenas to compel the attendance of witnesses.

8. The actions taken, and to be taken in the future, by Defendants, individually and collectively, are based on Crook's protected speech, and the exercise of her First Amendment rights.

9. Crook has already suffered irreparable harm for the violation of her First Amendment rights as set forth in her Complaint. Public notice, discipline and/or termination of her continuing teaching contract have and will irreparably damage Crook's professional and personal reputation and further chill the exercise of her First Amendment rights.

10. There is no adequate remedy at law for the violations of Crook's constitutional rights. Unless the requested injunctive and declaratory relief is granted, Crook will continue to suffer irreparable harm.

11. This court should restrain and enjoin Defendants from:

    a. Pursuing the termination of Crook's continuing teaching contract, including conducting the hearing currently scheduled for October 21, 2025;

    b. Continuing the suspension of Crook from her teaching and other duties and/or refusing to reinstate fully Crook to her teaching and other duties;

    c. Continuing to bar Crook from being present on public school district property;

    d. Taking any action to disclose Crook's confidential employment information to the public; and/or

    e. Disciplining, discriminating against and/or retaliating against Crook in any

manner for the exercise of her First Amendment rights; and

    f.  Any such other and further relief as will restore Crook's rights, status, and property, and protect her Constitutional rights.

  WHEREFORE, Plaintiff Melisa Crook respectfully requests that this Court enter a temporary restraining order and preliminary injunction as is requested herein and in her Complaint, order Defendants to restore Crook to her teaching and other duties, prohibit Defendants from taking any discriminatory and/or retaliatory action in the future, award attorney fees and the costs of this action, and such other and further relief as is authorized and appropriate.

Respectfully Submitted,
/s/ Christy A.A. Hickman
Christy A.A. Hickman  AT0000518
/s/ Becky S. Knutson
Becky S. Knutson  AT0004225
/s/ Katherine E. Schoolen
Katherine E. Schoolen  AT0010031
**IOWA STATE EDUCATION ASSOCIATION**
777 3rd St., Des Moines, Iowa 50309
Phone: (515) 471-8004
christy.hickman@isea.org
becky.knutson@isea.org
katie.schoolen@isea.org
**ATTORNEYS FOR PLAINTIFF**

Copies to:
Janice M. Thomas
Ryan P. Tunink
LAMSON DUGAN & MURRAY, LLP
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
 Email: jthomas@ldmlaw.com
  rtunink@ldmlaw.com
**ATTORNEYS FOR DEFENDANT**

Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the attorneys listed above at their respective addresses/fax number/e-mail addresses as disclosed by the pleadings of record herein, on the 16th day of October 16, 2025.

By:
☐ U.S. Mail  ☐ FAX
☐ Hand Delivered  ☐ Overnight Courier
☐ Email  X PACER

Signature: /s/Becky S. Knutson