IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Melissa Crook,<br><br>    Plaintiff,<br><br>v.<br><br>Creston Community School District, Board of Directors of the Creston Community School District, Don Gee, in his individual and official capacities as President of the Board of Directors of the Creston Community School District, and Deron Stender, in his individual and official capacities as Superintendent of the Creston Community School District<br><br>    Defendants. | NO.  4:25-cv-00373-RGE-HCA<br><br>***EXPEDITED RELIEF REQUESTED***<br><br>**DEFENDANTS' UNRESISTED MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING SET FOR OCTOBER 31, 2025**<br><br>**PURSUANT TO LR 7(a)** |

**COMES NOW** the undersigned on behalf of Defendants Creston Community School District, Board of Directors of the Creston Community School District, Don Gee, and Deron Stender, and hereby file this motion. Pursuant to LR 7(i), expedited relief is requested regarding Defendants' unresisted motion to continue the preliminary injunction hearing set for October 31, 2025, at 1:00 p.m., due to the undersigned counsel starting a jury trial on Monday, October 27, 2025. Defendants state as follows:

1.    The Court has set a preliminary injunction hearing on this matter for October 31, 2025, at 1:00 p.m.

2.    Defendants' counsel has personally conferred in good faith with Plaintiff's counsel, who consent to the motion.

3.    The undersigned counsel will be in trial in Muscatine County, *Tanya Lopez-Vileta, parent and next of friend for J.A.L.V., a minor, and Individually, on their own behalf, as parents, v. West Liberty Community School District, Shaun Kruger in his official capacity, Vicki Vernon in*

1

*her official capacity, and Emily Erin Resendiz, Individually*, LACV027100 commencing on October 27, 2025. The trial is currently scheduled for a week, and it is anticipated due to the number of witnesses that it may proceed into the following week.

4. The undersigned counsel cannot be present for the hearing on that date.

5. In addition, a couple of the necessary witnesses are currently not available due to the fact that the Creston Community School District has a fall break on October 30 and October 31, 2025, and Defendants will be out of town due to a previously scheduled trip.

6. Counsel for the Plaintiff and the Defense contacted the Court's judicial assistant and discussed potential dates. The date that works with all parties and the Court calendar would be December 11, 2025.

7. The undersigned requests that the hearing be continued to December 11, 2025, and that a new deadline be established for the witness and exhibit list.

WHEREFORE, the undersigned hereby requests that the preliminary injunction hearing be rescheduled to December 11, 2025.

Dated this 23rd day of October, 2025.

/s/ Janice M. Thomas
Janice M. Thomas                    AT0007822
LAMSON DUGAN & MURRAY LLP
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
Phone: (515) 513-5003
Email: jthomas@ldmlaw.com
**ATTORNEY FOR DEFENDANTS**

Original efiled.

Copies to:

Christy A.A. Hickman
Becky S. Knutson
Katherine E. Schoolen
Iowa State Education Association
777 3rd Street

Des Moines, IA 50309
Email: christy.hickman@isea.org
  becky.knutson@isea.org
  katie.schoolen@isea.org
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the attorneys listed above at their respective addresses/fax number/e-mail addresses as disclosed by the pleadings of record herein, on the 23rd day of October, 2025.

By:  ☐ U.S. Mail      ☐ FAX
     ☐ Email          ☐ Overnight Mail
     ☐ Hand Delivery  ☒ EDMS
     ☐ Certified Mail ☐ Other: _____

/s/ *Lisa Elliott*
  Lisa Elliott