# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1274

_____

Melisa Crook

Plaintiff - Appellee

v.

Creston Community School District; Board of Directors of Creston Community School District;
Don Gee, in his individual and official capacities as President of the Board of Directors of the
Creston Community School District; Deron Stender, in his individual and official capacities as
Superintendent of the Creston Community School District

Defendants - Appellants

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:25-cv-00373-RGE)

_____

## JUDGMENT

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in

accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 27, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler