# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1274

Melisa Crook

Appellee

v.

Creston Community School District, et al.

Appellants

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:25-cv-00373-RGE)

---

## MANDATE

In accordance with the judgment of April 27, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 27, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit