**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| MELISSA CROOK,<br><br>Plaintiff,<br><br>v.<br><br>CRESTON COMMUNITY SCHOOL DISTRICT, BOARD OF DIRECTORS OF THE CRESTON COMMUNITY SCHOOL DISTRICT, DON GEE, in his individual and official capacities as President of the Board of Directors of the Creston Community School District, and DERON STENDER, in his individual and official capacities as Superintendent of the Creston Community School District<br><br>Defendants. | NO.  4:25-cv-00373-SHL-HCA<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Plaintiff, Melisa Crook ("Plaintiff"), by and through her undersigned counsel, and the Defendants, Creston Community School District ("District"), Board of Directors of the Creston Community School District ("Board"), Don Gee, in his individual and official capacities as President of the Board ("Gee"), and Deron Stender, in his individual and official capacities as Superintendent of the Creston Community School District ("Stender") (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties have resolved their disputes through mediation and have entered into a settlement agreement resolving all claims. This Stipulation of Dismissal with Prejudice is executed in accordance with that settlement agreement.

The parties agree that this action, including all claims alleged in the Complaint, shall be fully and finally dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

The parties respectfully request that the Court enter an Order approving this Stipulation of Dismissal with Prejudice and dismissing this action with prejudice.

April 27, 2026                        Respectfully submitted,

/s/ *Christy A. A. Hickman*
Christy A.A. Hickman    AT0000518
Becky S. Knutson AT0004225
Katherine E. Schoolen AT0010031
IOWA STATE EDUCATION ASSOCIATION
777 3rd St., Des Moines, Iowa 50309
Telephone: (515) 471-8004
Facsimile: (515) 471-8017
E-mail: christy.hickman@isea.org

/s/ *Melissa C. Hasso*
Melissa C. Hasso AT0009833
HASSO & WILSON LAW FIRM
111 E. Grand. Ave., Suite 212
Des Moines, IA 50309
Telephone (515) 224-2079
Facsimile (515) 224-2321
E-mail: mhasso@hwlawiowa.com
**ATTORNEYS FOR PLAINTIFF**

/s/ *Janice M. Thomas*
Janice M. Thomas    AT0007822
Ryan P. Tunink    AT0014964
LAMSON DUGAN & MURRAY, LLP
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
Phone:            (515) 513-5003
**ATTORNEYS FOR DEFENDANTS**

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Dismissal with Prejudice filed by the parties is approved and accepted. The above-captioned action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated this ___ day of _____, 2026.        _____

The Honorable Rebecca Goodgame Ebinger
United States District Judge